TOGUT, SEGAL & SEGAL LLP
ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119

(212) 594-5000

FACSIMILE
(212) 967-4258

NEIL BERGER
neilberger@teamtogut.com

June 25, 2024

**VIA ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

        Re:   *In re Peggy Nestor*
                    Case No. 24-CV-4063

Dear Judge Carter:

      We are the attorneys for Albert Togut, the Chapter 11 Trustee of Peggy Nestor's estate and the appellee in the above-captioned bankruptcy appeal (the "Appeal"). We are submitting this letter in response to appellant Marianne Nestor's (the "Appellant") Notice of Motion dated June 10, 2024 [Dkt. No. 3] (the "Motion").

      Within the Motion, the Appellant moves the Court for substantially the same relief that she sought, and was denied, in the Bankruptcy Court order that is the subject of the Appeal. The Trustee believes that the Motion is duplicative of the Appeal and constitutes an improper collateral attack on the Bankruptcy Court's order, and should be dismissed on that basis. *See In re Purdue Pharma L.P.*, No. 23-CV-03779 (PMH), 2024 WL 1194738, at *4 (S.D.N.Y. Mar. 20, 2024) (affirming dismissal of complaint seeking to modify Bankruptcy Rule 9019 order: "A collateral attack is an attack on an order that is made in a proceeding (other than a direct appeal) that is different from the proceeding in which the order was entered and that seeks to undo or nullify the order itself." (cleaned up and citation omitted)).

      However, should the Court decide to entertain the Motion, the Trustee requests the opportunity to be heard on the Motion.

                                                    Respectfully submitted,

                                                    TOGUT, SEGAL & SEGAL LLP
                                                    By:
                                                              */s/ Neil Berger*

cc:    Albert Togut, Esq.
        Marianne Nestor