24 cv 4063

Marianne Nestor
15 East 63rd Street
New York City, NY 10065

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES BANKRUPTCY COURT                    Chapter 11
SOUTHERN DISTRICT OF NEW YORK
                                                  Case No. 23-10627 (MEW)

Re: Peggy Nestor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**RESPONSE REGARDING TRUSTEE'S APPLICATION TO INTERVENE AS A NECESSARY PARTY**

**Dated October 9, 2024.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE TAKE NOTICE OF OPPOSITION TO THE ADV. PRO. NO. 24-O4O 21 (MEW) OF NEIL BERGER AND THE TOGUT FIRM.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Affidavit in Response:**

I,  Marianne Nestor, make this Affidavit in further support for the dismissal of the incorrect filing by Neil Berger esq. and Albert Togut Esq. (Senior member of Togut Segal and Segal LLP).

To reiterate, I am not under the jurisdiction of the Bankruptcy Court or the Pen of Judge Wiles.

This has been stated in every communication by me with Your Honor's Court.

1

1) As per New York State Law, RPAPL713 sub.d.10 and RPAPL 853, (Treble Damages), and as co-owner of Block 1378 Lot 12, 15 East 63rd Street, NYC 10065,

I am entitled to file a Case in the proper venue and jurisdiction which is the Civil Court located at 111 Centre Street, NYC, and which relates to Landlord Tenant and Real Estate Matters, in New York City. The Building has Seven Units and is governed by the Rent Stabilization Laws and RPAPL.

2) I have no Lawsuit with, nor, against Mr. Neil Berger, nor, Mr. Togut, in the Bankruptcy Court. I am not under the jurisdiction of the Court of the Honorable Judge Wiles, nor have I filed a Case with the Bankruptcy Court.

Mr. Berger has no legal right to file a Case on my behalf, against himself and his Law Firm, in the Bankruptcy Court. This is improper.

3) Mr. Berger has previously forged stationary using my name, without my permission on May 10, and August 2, 2024,, of which I am aware, to make Mr. Togut, his Law Partner, a Beneficiary on an insurance policy, paid by me, which would be, in my opinion, theft. **Exhibit One**

4) Mr. Berger should be dismissed for incorrect and illegal actions as an Officer of the Court. In my understanding, Mr. Berger's actions would constitute a felony, which he is apparently again attempting to do.

5) There is no basis for the intervention of the Bankruptcy Court of Judge Wiles to be involved in this Civil Case of Lockout. All were served and notified, including Your Honor, by letter dated, July 31, 2024, Date Stamped August 1, 2024. **Exhibit Two.** My letter was not responded to by Your Honor or by Anyone. The Lockout Case in Civil Court was correctly filed and served.

6)     The Lockout Case includes as well, my two nieces, who reside in the building, go to school, and vote in NYC. They have Rights, as well, that have been breached, by the Togut Firm, and they are not under the jurisdiction of the Bankruptcy Court, nor am I.

The Lockout Case, in the interest of Justice, must remain in the correct Court - at 111 Centre Street, where it was filed.

7)     It has been six months since the illegal Lockout on April 30th, Passover. The building rental value at $100,000. Monthly, Treble Damages, $300,000. would be equal to $1,800,000. due from the Togut Firm or their Insurance Carrier.

8)     We are willing to settle the damages with the Togut Firm, and move on, after a thorough study of what has been removed from our residence.

9)     Your Honor indicated October 2, 2024, for me to file a Motion regarding to whom the Togut Firm has given keys, who has entered the building, what has been removed, etc. That Motion is filed, 10/15/2024.

10)    To "enjoin" me, Marianne Nestor, from filing papers in the proper Court of Jurisdiction, would be against my Civil Rights, which have been badly bruised by the Nassau Surrogate Court, and various lawyers - or to quote the New York Post Reporter, "Liars for Hire",

To reiterate, Mr. Berger apparently thinks he is the Law, making extraordinary presumptions,   Mr. Berger's request is improper.

As I am not subject to the jurisdiction of the Bankruptcy Court, an Order to a Non Party is not meaningful, in my opinion.

3

I have not brought a Case in the Bankruptcy Court against Mr. Berger and Mr. Togut. This is false, nor are they authorized to do so on my behalf.

11)     As the Court is aware, I am not subject to the misfiled Case, or if done intentionally, malpractice by the Penachio Malara Firm ("PM FIRM"), which should be removed, as requested 7/24/2024, and returned to being a Business Loan, which it is/was.

The Loan between Lynx Asset Services, ("Lynx"), and Gemeaux Ltd. ("Gemeaux"), was a Business Loan to Gemeaux, a New York Corporation founded in 1973. The Payoff Money was there and ready to pay off Lynx before the first meeting with Peggy Nestor, my sister, and co-owner of 15 East 63rd Street and the PM Firm, April 23, 2023.

12)     The 'misfiled' or 'malpractice' case has caused Peggy much stress, defamation, and been detrimental to her health, her reputation, both business and personal, and was unnecessarily caused by the actions or inactions of the PM Firm.

13)     Your Honor's comments, 10/2/2014, "This Case is a mess", is correct. To quote William Shakespeare - Much to do about nothing. To add, except Legal Fees.

14).     If not a business loan with a Corporation, Banking Rule 590 would apply, and the Loan by Lynx would be invalid and dismissed.

Conclusion:

L.      Proposed Lawsuit made by the Togut Firm in the Bankruptcy Court eradicated.

2.      Mr. Berger dismissed for cause. Attempted Theft.

3.      Settlement of money due for Illegal Lockout
      As per RPAPL 713sub. d.10 RPAPL 853 Treble Damages.

4.      Case removed to be a Business Reorganization, Chapter 11 with Gemeaux and not a personal bankruptcy.

5.      Lynx Loan to Gemeaux to be paid off by Gemeaux.

Thank you, Your Honor, for your kind consideration.


Respectfully,

Marianne Nestor

October 15, 2024

# EXHIBIT ONE

Marianne Nestor & Peggy Nestor
15 E 63rd Street
New York, NY 10065

May 10, 2024

Homeland Insurance Company of Delaware

Policy: 795032915

To whom it may concern:

This confirms that effective May 10, 2024 we have appointed World Insurance Associates, LLC, as Specialty as our exclusive insurance broker with respect to our insurance program provided by the policies attached. The appointment of World Insurance Associates/RT revokes all previous appointments effective immediately, waiving any waiting period, and the authority conveyed herein shall remain in full force until cancelled in writing.

World Insurance Associates, RT Specialty and their representatives are authorized to negotiate directly with you regarding renewal or other contracts. This may include, but is not limited to, revisions, cancellations, replacement, or other necessary actions. We understand, however, that they will not share responsibility for any deficiency in the insurance program to which this letter applies until they have had a reasonable opportunity to review the program and to provide us with those recommendations.

This letter also constitutes your authority to furnish World Insurance Associates, RT Specialty representatives with all information they may request as it pertains to our insurance contracts, claim history, rating schedules, claim history including reserves, premiums, and all other pertinent information they may wish to obtain for those years of our present and future requirements in connection with the insurance policy to which this letter applies. We request that you do not communicate such information to anyone else.

Sincerely,

Neil Berger, Counsel for Albert Togut, Not Individually but Solely in his Capacity as Chapter 11 Trustee of Peggy Nestor

Brownstone Agency, Inc.
Financial Square
32 Old Slip, 8th Floor
New York, NY 10005
(212) 962-5620 Main Phone
(212) 742-7934 Main Fax

August 2, 2024

Attn: HUB INTERNATIONAL NORTHEAST LTD

Re:  Insured Name: HUB INTERNATIONAL NORTHEAST LTD
     Policy Number: BAN1015892-00

Please be advised that we are in receipt of a Letter of Authority naming another broker as the Broker record for the above captioned insured. We must change authority to the newly appointed unless a countermanding letter is received. **within (5) business days. August 8 , 2024**

Should you have any questions, please do not hesitate contact our office

Thank you,

Brownstone Agency Inc.

EXHIBIT TWO

Countermanding Letter sent to Brownstone Agency Inc.
advising that Marianne Nestor is/was 'Broker of Record'.

August 2, 2024

Insured:     Marianne Nestor and Peggy Nestor

Issued By:   Brownstone Agency

Policy:      BAN1015892-00

This letter is to confirm that as of **August 2, 2024,** I wish to maintain being appointed with HUB International Northeast as our exclusive insurance broker with respect to the insurance mentioned above. The appointment of HUB International Personal Insurance shall serve to rescind all previous appointments, and the authority contained herein shall remain in effect until canceled in writing.

We understand that HUB International Personal Insurance will not share any responsibility for any deficiencies in the insurance program to which this letter applies until they have had a reasonable opportunity to review and provide us with their recommendations.

Sincerely,

X _____     Date: _August 2, 2024_

EXHIBIT TWO

Honorable Michael E. Wiles
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

FILED
U.S. BANKRUPTCY COURT
2024 AUG -1 P 2: 11
S.D.N.Y.

July 31, 2024

Regarding Illegal Lockout.

Your Honor Judge Wiles,

It was good to see you at Bowling Green, Monday July 29, 2024.
Thank you for holding the elevator door.

As Your Honor is aware, I am not part of the misfiled Business Chapter 11 in your
Honor's Court, or under Your Honor's Jurisdiction or Pen.

I am a Co-Owner and Tenant of a Rent Stabilized Owner Occupied Building, namely:
15 East 63rd Street, 10065 Block 1378 Lot 12, with seven apartments.
The monthly market rental value for the building is approximately $100,000.
I have been the Manager of the building since 1988 after JH Taylor, and an Owner
by Deed since 1984.

I have been <u>Illegally Locked Out</u> of my apartments by Neil Berger Esq., which
is actionable and illegal according to : New York Law  RPAPL 713, subd. 10 and
awarding treble damages following an Illegal Lockout  RPAPL 853.

On July 25, 2024, after the meeting in your Court, and as illustrated by statement filed
in Your Court, 7/29/2024. <u>Exhibit One.</u> (Unlocked Premises secured by NYPD).
My apartments, 3A/3B/4A/4B, ("Marianne's Apartments"), have  been emptied of
jewelry, documents, art, antiques, including my pair of two circa 1760 Chinese Export
porcelain plates (Museum quality).

Honorable Michael Wiles,

United States Bankruptcy Court        July 25, 2024
One Bowling Green
New York, New York 19994

                                    Re:  Unlocked Premises
                                         15 East 63rd Street
                                         New York, New York 10065
                                         7/25/2024

Your Honor, Judge Wiles,

After the meeting in your Courtroom, Thursday, July 25, 2024, Peggy and I went to
have lunch near our property at 15 East 63rd Street, ("15"), have the two box tree plants
watered, the front stone steps and the limestone frontage power washed, and the front
sidewalk cleaned.  On the prior Thursday, July 18th, the sidewalk was cleaned, box tree
plants watered, etc. and the front door appeared to be secured.

Around 2PM after the Court meetings, on July 25th, I noticed a promotional card hanging
on the front door of 15, stating, "We pick up Junk", and a female having lunch on the
front steps.  I went to remove the card on the door, and found the front door slightly ajar -
touching it, it opened, the inside door was also ajar, with a rubber door stopper under the
door holding the inside front door open.

Perhaps someone is staying there, as squatters have been known to be in the area.

The lobby was dark, the elevator gate was open, and the elevator was on the entry level.
A large truck was parked in front with people in the front seat.  It looked like a moving
van, and a robbery in progress.

On the right wall, hanging on the ivy were many paintings inside the front door - all of which had been moved from the second, third, and fourth floors of the building.

Peggy's important Aert Van der Neer was hanging on the wall, along with my Boillys, Honthorst, and other art work, near the front door, including a portrait of my grandfather in law, Count Arthur Cassini, former Russian Ambassador to the United States.

The Oval Dining Room had the door into the area of the 'English Basement' and Greenhouse area, open and lying on its side. Apparently the hinges had been removed.

I called 911 and requested the NYPD to come and secure the building, as someone might be inside, and I was afraid.

I called the Sotheby's broker, Louise Beit, ("Louise"), on both numbers - no response; I also called the Bowling Green Court, no answer, finally leaving a voice mail message with Jacqueline.

The NYPD arrived, two Officers. We went through the building and took pictures. Everything had been moved around and ransacked, with many packing boxes and much mashed packing paper thrown around. Every floor had been entered and all doors were open. On the Fourth floor approximately 18 large file boxes containing legal documents and many boxes of information on our property, had been removed and were gone.

The Staging done looked very ordinary and not special, it made everything look smaller, dirty, and less upmarket. It was extremely depressing. My circa 1760 Chinese Export Porcelain Plates on my ruby marble mantle in the second floor great room, were missing and nowhere to be found. Jewelry that was on the fourth floor was gone, a total disaster. Much damage of the doors and moldings, done on the 'all force direction' of the Togut Team on April 30, 2024 was visible.

On July 25th, as the Police Officers were leaving, Louise arrived with Michael, the Office Manager of Sothebys. They were across the street in front of 14/16, I motioned them to come across the street, they arrived as the NYPD Officers were leaving. The NYPD found no one in the building but both front entrance doors had been left open. The NYPD Officer said that a complaint should be made to the listing broker, to make sure they lock the doors.

Louise appeared very nervous, stating that she came after hearing my voice mail messages. I asked her why she did not call back, or answer my letters, and where were my circa 1760 Chinese Export Porcelain Plates. Louise stated that she had removed the plates, packing them, but, she could not remember or into what box the items had been placed, or where they were.

Sotheby's confirmed that they had not been in the premises for over two weeks, and had not left the doors unlocked. Louise took pictures.

Thursday, July 18, 2024, when the box tree outside plants were watered and street swept, everything appeared to be secured. One of the box tree plants had turned yellow/brown from lack of watering, and, needed to be kept watered. On April 30th, Passover, both box tree plants on the outside of 15, were healthy and green.

Louise acknowledged that she did not answer my Letters, and the agreement had been breached, the listing had expired, and Sotheby's had not been at the Premises for several weeks, accordingly, they were not responsible for the door being left open.

Apparently, Louise had called the Al Togut office, as a male person, named Jonathan showed up. When first asked his name, he said his name was Jonathan Nestor. Jonathan was apparently speaking with Neil Berger on his cell phone.

Mr. Berger, (who has forged stationary using my name and Peggy's name, sending orders, as broker of record purportedly on behalf of me and my sister, a fraud and a felony, and has perjured himself), was directing Jonathan on the cell phone.

Louise confirmed that Jonathan was there when they had any showings, and that his name was actually Jonathan Cohen, a person working for the Togut Team. Jonathan, following the orders of Mr. Berger, was abrupt and rude, stating that Mr. Togut owns 15.

Mr. Cohen called the same locksmith to wrap chains around the front doors. This would make the property seem like an abandoned building and less salable.

The locksmith refused to give his name or card. Your Honor can get this information from Mr. Togut, principal of Team Togut. All in all, a repeat, of Passover, April 30, 2024. According to his Court Testimony, May 1st, 2024, Mr. Berger had spent more than four hours in the building April 30, 2024. Doing what?

The Questions exist:
1) Who was given the keys by the Togut Team?
2) Who was inside 15 and left the door open, as Sotheby's had not been there in several weeks.
3) Who entered the property with the permission of the Togut Team?
4) What has been removed from 15 and the whereabouts of same? The appointment of Accountants is on appeal, as is the appointment of the Phillips Nizer Law Firm, unless they are replacing the Togut Team.

5) Location of videos and surveillance footage taken by the
Togut Team. Whereabouts of any and all photographs of
15 made by the Togut Team, as stated by Marta Martir at
the May 1st meeting, after the April 30th Break-in to 15.

6) The proposed Insurance by the Togut Team on the Property,
would equate to a building valued at $125 Million Dollars,
which would be $65 Million Dollars more than the listing
price of Sotheby's of $65 Million Dollars, or $75 Million
Dollars more that the appraised value of September, 2022
of $55, Million. Why?
As per meeting of 6/20/2024 in the Court, the building is insured
through June 27, 2025 by me - Co-Owner of the building, and
Your Honor approved.
There have been no Claims in the last five years.

In my opinion, Team Togut is trying to rack up Legal Fees, and expenses, and is
not protecting my property by leaving the doors open to the street. It looked like
a burglary in progress, perhaps it was.

The whole experience starting with the misfiling by the Penachio Malara Firm and the
Trustee experience by the Team Togut shocks the conscience, breaching the Fourth
Amendment.

This was a Business Loan to Gemeaux Ltd. from Lynx Assets Services and not a Personal
Bankruptcy. The matter was misfiled by the Penachio Malara firm, a Firm that failed to
show up at your OSC meeting of April 23, and others; failed to appeal the Trustee Order
or advise that it could be appealed, because Anne Penachio Esq. stated she would: "make
more money with a Trustee, but I don't want that to happen.".

Mr. Berger, (who has forged stationary using my name and Peggy's name, sending orders, as broker of record purportedly on behalf of me and my sister, a fraud and a felony, and has perjured himself), was directing Jonathan on the cell phone.

Louise confirmed that Jonathan was there when they had any showings, and that his name was actually Jonathan Cohen, a person working for the Togut Team. Jonathan, following the orders of Mr. Berger, was abrupt and rude, stating that Mr. Togut owns 15.

Mr. Cohen called the same locksmith to wrap chains around the front doors. This would make the property seem like an abandoned building and less salable.

The locksmith refused to give his name or card. Your Honor can get this information from Mr. Togut, principal of Team Togut. All in all, a repeat, of Passover, April 30, 2024. According to his Court Testimony, May 1st, 2024, Mr. Berger had spent more than four hours in the building April 30, 2024. Doing what?

The Questions exist:

1) Who was given the keys by the Togut Team?

2) Who was inside 15 and left the door open, as Sotheby's had not been there in several weeks.

3) Who entered the property with the permission of the Togut Team?

4) What has been removed from 15 and the whereabouts of same? The appointment of Accountants is on appeal, as is the appointment of the Phillips Nizer Law Firm, unless they are replacing the Togut Team.

5) Location of videos and surveillance footage taken by the
Togut Team. Whereabouts of any and all photographs of
15 made by the Togut Team, as stated by Marta Martir at
the May 1st meeting, after the April 30th Break-in to 15.

6) The proposed Insurance by the Togut Team on the Property,
would equate to a building valued at $125 Million Dollars,
which would be $65 Million Dollars more than the listing
price of Sotheby's of $65 Million Dollars, or $75 Million
Dollars more that the appraised value of September, 2022
of $55, Million. Why?
As per meeting of 6/20/2024 in the Court, the building is insured
through June 27, 2025 by me - Co-Owner of the building, and
Your Honor approved.
There have been no Claims in the last five years.

In my opinion, Team Togut is trying to rack up Legal Fees, and expenses, and is
not protecting my property by leaving the doors open to the street. It looked like
a burglary in progress, perhaps it was.

The whole experience starting with the misfiling by the Penachio Malara Firm and the
Trustee experience by the Team Togut shocks the conscience, breaching the Fourth
Amendment.

This was a Business Loan to Gemeaux Ltd. from Lynx Assets Services and not a Personal
Bankruptcy. The matter was misfiled by the Penachio Malara firm, a Firm that failed to
show up at your OSC meeting of April 23, and others; failed to appeal the Trustee Order
or advise that it could be appealed, because Anne Penachio Esq. stated she would: "make
more money with a Trustee, but I don't want that to happen.".

As per Anne Penachio, her friend Neil Berger, from, as Anne Penachio stated, " the tight knit Legal Community of White Plains", was in constant communication with Anne Penachio of the Penachio Malara Firm. Anne communicated at 9:54AM on April 30, 2024 to say that the marshalls had been there, as she was in full communication with Neil Berger.

Peggy is filing an OSC to get out of this situation, created by the Penachio Malara firm. In my opinion, it is/was a 'Set-up'.

Again we are requesting the removal of the Togut Team including Mr. Berger, a perjurer, aka, in my opinion, a liar.

Thank you, Your Honor, your consideration is appreciated, and I look forward to Peggy leaving this unnecessary stressful negative personal bankruptcy situation, because of mischaracterization, and misfiling by Penachio Malara.

Respectfully,

Marianne Nestor
50% Owner
15 East 63rd Street
New York City, NY 10065
917 679 2558
mariannenestor1@gmail.com