UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| Marianne Nestor, | : |
|                    Appellant, | : |
| -against- | :   1:24-cv-04063 (ALC) |
| | :   **CONFERENCE ORDER** |
| Albert Togut, | : |
|                    Appellee. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on Tuesday, April 8, 2025 at 11 AM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:   March 25, 2025**

       **New York, NY**                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**