TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Martha E. Martir
Griffin E. Quist

*Attorneys for Albert Togut,*
*Not Individually But Solely in His*
*Capacity as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
In re: : Chapter 11
:
PEGGY NESTOR, : Case No. 23-10627 (MEW)
:
Debtor. :
:
------------------------------------------------------------------- x
ALBERT TOGUT, Not Individually But Solely in :
His Capacity as Chapter 11 Trustee, :
:
Plaintiff, : Adv. Pro. No. 24-01342 (MEW)
:
v. :
:
PEGGY NESTOR and :
MARIANNE NESTOR CASSINI, :
:
Defendants. :
------------------------------------------------------------------- x

### CHAPTER 11 TRUSTEE'S COUNTERSTATEMENT OF ISSUES AND COUNTERDESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL IN CONNECTION WITH APPEAL OF MARIANNE NESTOR

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Albert Togut, not individually but solely in his capacity as Chapter 11 trustee (the "Trustee") of the estate ("Estate") of Peggy Nestor (the "Debtor"), the debtor in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through his attorneys, Togut, Segal & Segal LLP, hereby submits the following counterstatement of

issues presented on appeal and counterdesignation (the "Counterdesignation") of additional items to be included in the record in connection with Marianne Nestor's (a/k/a Marianne Nestor Cassini) ("Appellant") appeal from the *Order Denying May 20, 2024 Motion for Reconsideration* [Docket No. 162, and Adv. Pro. Docket No. 25] (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Wiles, J.) (the "Bankruptcy Court").

## COUNTERSTATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court abused its discretion when it concluded that Appellant's fourth motion for reconsideration [Docket No. 161, and Adv. Pro. Docket No. 24] (the "Fourth Motion to Reconsider") was procedurally improper and raised no new points?

2. Whether the Bankruptcy Court abused its discretion when it concluded that the Fourth Motion to Reconsider did cite any controlling decisions that were overlooked and would reasonably be expected to alter the conclusions reached by the Bankruptcy Court in its prior rulings?

3. Whether the Bankruptcy Court abused its discretion when it concluded that the Fourth Motion to Reconsider did not point to any facts or data that were overlooked and would reasonably be expected to alter the conclusions reached by the Bankruptcy Court in its prior rulings?

Appeals from an order denying a motion for reconsideration of another order do not invoke the appellate court's jurisdiction regarding the underlying judgment, *see Browder v. Dir., Dep't of Corr. of Illinois*, 434 U.S. 257, 263 n.7 (1978). As a result, this Court has appellate jurisdiction of only the Order. However, to the extent this Court construes Appellant's notice of appeal as invoking this Court's appellate jurisdiction

2

regarding the Bankruptcy Court's *Order Compelling the Defendants to Turn Over Possession of Townhouse to Trustee* [Adv. Pro. Docket No. 8] the ("Turnover Order"), there are additional issues:

    4.    Whether any purported appeal by the Appellant regarding the Turnover Order is jurisdictionally and procedurally proper?

    5.    Whether the Appellant's appeal of the Turnover Order is timely?

    6.    Whether the Bankruptcy Court erred by entering the Turnover Order?

**COUNTERDESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

*I. In re Peggy Nestor, Case No. 23-10627*

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 1 | 5/12/2023 | 21 | Schedules filed: Schedule A/B - Individual, Schedule C - Individual, Schedule D - Individual, Schedule E/F - Individual, Schedule G - Individual, Schedule H - Individual, Schedule I - Individual, Schedule J – Individual. |
| 2 | 5/16/2023 | 25 | Order signed on 5/16/2023 establishing July 11, 2023 as the deadline for filing proofs of claim and approving the form and manner of notice thereof. |
| 3 | 6/27/2023 | 38 | Amended Schedules filed: Schedule A/B - Individual, Schedule C - Individual, Schedule I - Individual, Schedule J - Individual and Amended SOFA. |
| 4 | 9/12/2023 | 66 | Application to Employ Sotheby's International Realty as Broker |
| 5 | 12/15/2023 | 77 | Order Authorizing The Debtor To Retain Sotheby's International Realty As Her Real Estate Broker. |

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 6 | 12/15/2023 | 78 | Order Approving Sale Procedures For The Sale Of The Townhouse Located At 15 East 63rd Street, New York, New York Free And Clear Of All Liens, Claims, Encumbrances And Other Interests; With Such Interests Attaching To The Proceeds Of Sale, Approving The Manner And Extent Of Notice And Procedures For Submitting Offers; Scheduling The Auction; Scheduling A Hearing Confirming The Results Of The Sale Process. |
| 7 | 1/18/2024 | 80 | Letter /Listing Agreement with Sotheby's International Realty signed in counterpart. |
| 8 | 3/13/2024 | 106 | Decision signed on 3/13/2024 Granting Motion For The Appointment Of A Chapter 11 Trustee. |
| 9 | 3/13/2024 | 107 | Order Granting Motion For Appointment Of A Chapter 11 Trustee. |
| 10 | 3/22/2024 | 110 | Notice of Appointment of Trustee. |
| 11 | 03/22/2024 | 112 | Order Approving The Appointment Of Chapter 11 Trustee. |
| 12 | 3/28/2024 | 114 | Appointment of Chapter 11 Trustee Notice of Approval of Appointment of Trustee. |
| 13 | 4/09/2024 | 118 | Bond Issued by Hartford Fire Insurance Company. |
| 14 | 4/10/2024 | 119 | Adversary case 24-01342. Complaint against Peggy Nestor, Marianne Nestor Cassini. |
| 15 | 4/29/2024 | 130 | Letter requesting Stay. |
| 16 | 4/29/2024 | 131 | Letter requesting a Stay. |

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 17 | 4/29/2024 | 132 | Letter requesting a Stay. |
| 18 | 5/1/2024 | 142 | Letter to Judge Wiles in re: Motion By Lynx Asset Services LLC. |
| 19 | 5/1/2024 | 143 | Letter dated May 1, 2024 to Judge Wiles. |
| 20 | 5/2/2024 | 144 | Order signed on 5/2/2024 denying stay motions. |
| 21 | 5/8/2024 | 150 | Letter dated May 8, 2024 to Judge Wiles |
| 22 | 5/10/2024 | 166 | Transcript regarding Hearing Held on 5/1/2024 RE: Status Conference RE: Letters filed by Peggy Nestor, Marianne Nestor and Gemeaux. |
| 23 | 5/13/2024 | 153 | Decision and Order Denying Oral Motions To Reconsider Prior Rulings Regarding The Possession Of A Townhouse And The Sale Of The Same. |
| 24 | 5/14/2024 | 154 | Letter dated May 13, 2024 to Judge Wiles. |
| 25 | 5/15/2024 | 156 | Order Denying Renewed Request For Reconsideration And Request For Hearing. |
| 26 | 5/17/2024 | 158 | Motion to Allow/ Motion To Reconsider Order Dated 5/13/2024 In Light Of New Information. |
| 27 | 5/17/2024 | 160 | Order Denying A Further Request For Reconsideration Dated May 17, 2024. |
| 28 | 5/20/2024 | 161 | Motion to Approve /Notice of Motion to Reconsider Past Rulings and 40 Year Ownership of Property Owned Since 1984. |
| 29 | 5/20/2024 | 162 | Order Denying May 20, 2024 Motion For Reconsideration. |

## II. *Nestor v. Nestor et al, Adv. Pro. No. 23-01195*

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 1 | 11/1/2023 | 1 | Adversary Proceeding No. 23-01195. Complaint against Marianne Nestor, Rosalia Baiamonte, The Public Administrator of Nassau County, John J. Barnosky, Alexandre Cassini. |
| 2 | 1/31/2024 | 10 | Affidavit /Admission of Service of Marianne Nestor to Summons and Complaint. |
| 3 | 2/8/2024 | 11 | Motion to Approve Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) As Made Applicable By Bankruptcy Procedure 7012 Granting The Plaintiff's Second Claim For Relief. |
| 4 | ¾/2024 | 16 | Response to Limited Objection to Motion for Judgment on the Pleadings. |
| 5 | 3/5/2024 | 17 | Response to Motion Of Lynx Assets Services, LLC Requesting An Appointment Of A Chapter 11 Trustee. |
| 6 | 3/13/2024 | 18 | Order Granting Partial Judgment On The Pleadings As To The Second Claim For Relief In The Complaint. |

## III. Togut v. Nestor, Adv. Pro. No. 24-01342

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 1 | 4/10/2024 | 2 | Motion to Approve /Application for an Order to Show Cause Scheduling Hearing to Consider Chapter 11 Trustee's Request for Issuance of Preliminary Injunction Directing Defendants to Immediately Vacate, Surrender and Turn Over Possession of New York City Townhouse. |
| 2 | 4/10/2024 | 3 | Order To Show Cause |
| 3 | 4/23/2024 | 8 | Order Compelling The Defendants To Turn Over Possession Of Townhouse To Trustee. |
| 4 | 4/24/2024 | 10 | Transcript regarding Hearing Held on 4/23/2024 RE: Motion Directing Defendants to Surrender and Turn Over Possession of the Townhouse Located at 15 East 63rd Street, New York, New York 10065. |
| 5 | 4/25/2024 | 9 | Certificate of Service of Order Compelling the Defendants to Turn Over the Townhouse to Trustee. |
| 6 | 4/30/2024 | 14 | Status Report /Chapter 11 Trustee's Status Report and Objection to Letter Requests for a Stay. |
| 7 | 5/1/2024 | 15 | Affidavit of Service of Notice of Hearing and Chapter 11 Trustee's Status Report and Objection to Letter Requests for a Stay. |
| 8 | 5/10/2024 | 28 | Transcript regarding Hearing Held on 5/1/2024 . |
| 9 | 5/13/2024 | 17 | Decision and Order Denying Oral Motions To Reconsider Prior Rulings Regarding The Possession Of A Townhouse And The Sale Of The Same. |

| Designation Number | Date | ECF Number | Description |
|---|---|---|---|
| 10 | 5/15/2024 | 19 | Order Signed Denying Renewed Request For Reconsideration And Request For Hearing. |
| 11 | 5/15/2024 | 21 | Transcript regarding Hearing Held on 5/8/2024. |
| 12 | 5/17/2024 | 23 | Order Denying A Further Request For Reconsideration Dated May 17, 2024. |
| 13 | 5/20/2024 | 24 | Motion to Approve /Notice of Motion to Reconsider Past Rulings and 40 Year Ownership of Property Owned Since 1984. |
| 14 | 5/20/2024 | 25 | Order Denying May 20, 2024 Motion For Reconsideration. |
| 15 | 5/24/2024 | 30 | Notice of Appeal |
| 16 | 5/31/2024 | 32 | Designation of Contents (appellant). and Statement of Issues. |

Dated: New York, New York
June 14, 2024

ALBERT TOGUT,
Not Individually But Solely in His Capacity as
Chapter 11 Trustee
By His Counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER
BRIAN F. SHAUGHNESSY
MARTHA E. MARTIR
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

8