# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 24−01342−mew

*Assigned to:* Judge Michael E. Wiles  
*Date Filed:* 04/10/24  
*Lead BK Case:* 23−10627  
*Lead BK Title:* Peggy Nestor  
*Lead BK Chapter:* 11  
*Demand:*  
  *Nature[s] of Suit:* 72 Injunctive relief – other  
                          11 Recovery of money/property – 542 turnover of property

*Plaintiff*
-----------------------
**Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee**

represented by **Neil Matthew Berger**  
Togut, Segal & Segal LLP  
One Penn Plaza  
Suite 3335  
New York, NY 10119  
(212) 594−5000  
Fax : (212) 967−4258  
Email: neilberger@teamtogut.com

**Brian F Shaughnessy**  
Togut, Segal & Segal LLP  
One Penn Plaza  
Suite 3335  
New York, NY 10119  
212−594−5000  
Email: bshaughnessy@teamtogut.com

V.

*Defendant*
-----------------------
**Peggy Nestor**

represented by **Peggy Nestor**  
PRO SE

*Defendant*
-----------------------
**Marianne Nestor Cassini**

represented by **Marianne Nestor Cassini**  
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|

| | | | |
|---|---|---|---|
| 04/10/2024 | | 2 | Motion to Approve */Application for an Order to Show Cause Scheduling Hearing to Consider Chapter 11 Trustee's Request for Issuance of Preliminary Injunction Directing Defendants to Immediately Vacate, Surrender and Turn Over Possession of New York City Townhouse (Attachment(s): Ex. A: Proposed Order to Show Cause, Ex. B: Proposed Granting Order, Ex. C: Berger Declaration, Ex. D: Complaint, Ex. E: 2018 Quit Claim Deed)* filed by Brian F Shaughnessy on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee. (Shaughnessy, Brian) (Entered: 04/10/2024) |
| 04/10/2024 | | 3 | OSC signed on 4/10/2024 RE: motion directing defendants to surrender and turn over possession of the townhouse located at 15 East 63rd Street, New York, New York 10065 (related document(s)2). With hearing to be held on 4/23/2024 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 04/10/2024) |
| 04/23/2024 | | 8 | Order signed on 4/23/2024 compelling the defendants to turn over possession of townhouse to trustee (Related Doc # 2). Status conference to be held on 4/30/2024 at 11:00 AM at Teleconference Line (CourtSolutions) (MEW). (DePierola, Jacqueline) (Entered: 04/23/2024) |
| 04/24/2024 | | 10 | Transcript regarding Hearing Held on 4/23/2024 at 2:04 PM RE: Motion Directing Defendants to Surrender and Turn Over Possession of the Townhouse Located at 15 East 63rd Street, New York, New York 10065. Remote electronic access to the transcript is restricted until 7/23/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/1/2024. Statement of Redaction Request Due By 5/15/2024. Redacted Transcript Submission Due By 5/28/2024. Transcript access will be restricted through 7/23/2024. (Ortiz, Carmen) (Entered: 04/29/2024) |
| 04/25/2024 | | 9 | Certificate of Service *of Order Compelling the Defendants to Turn Over the Townhouse to Trustee* (related document(s)8) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee. (Berger, Neil) (Entered: 04/25/2024) |
| 04/30/2024 | | 14 | Status Report */Chapter 11 Trustee's Status Report and Objection to Letter Requests for a Stay (related document(s) [Main Case Dkt. No(s). 130–132])* Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee. (Berger, Neil) (Entered: 04/30/2024) |
| 05/01/2024 | | 15 | Affidavit of Service *of Notice of Hearing and Chapter 11 Trustee's Status Report and Objection to Letter Requests for a Stay* (related document(s)14, 13) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee. (Berger, Neil) (Entered: 05/01/2024) |
| 05/10/2024 | | 28 | Transcript regarding Hearing Held on 5/1/2024 at 3:05 PM RE: Status Conference. Remote electronic access to the transcript is restricted until 8/8/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/17/2024. Statement of Redaction Request Due By 5/31/2024. Redacted Transcript Submission Due By 6/10/2024. Transcript access will be restricted through 8/8/2024. (Ortiz, Carmen) (Entered: 05/23/2024) |

| Date | | Doc # | Description |
|---|---|---|---|
| 05/13/2024 | | 17 | Decision and Order signed on 5/13/2024 denying oral motions to reconsider prior rulings regarding the possession of a townhouse and the sale of the same. (See document 144 and 153 in lead case 23–10627). (DePierola, Jacqueline) (Entered: 05/13/2024) |
| 05/15/2024 | | 19 | Order Signed On 5/15/2024 Re: Denying Renewed Request For Reconsideration And Request For Hearing **(See document 154 in the lead case 23–10627)** (Barrett, Chantel) (Entered: 05/15/2024) |
| 05/15/2024 | | 21 | Transcript regarding Hearing Held on 5/8/2024 at 10:40 AM RE: Status Conference. Remote electronic access to the transcript is restricted until 8/13/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/22/2024. Statement of Redaction Request Due By 6/5/2024. Redacted Transcript Submission Due By 6/17/2024. Transcript access will be restricted through 8/13/2024. (Ortiz, Carmen) (Entered: 05/17/2024) |
| 05/17/2024 | | 23 | Order signed on 5/17/2024 denying a further request for reconsideration dated May 17, 2024 (See documents 158 and 160 in lead case 23–10627). (DePierola, Jacqueline) (Entered: 05/17/2024) |
| 05/20/2024 | | 24 | Motion to Approve */Notice of Motion to Reconsider Past Rulings and 40 Year Ownership of Property Owned Since 1984.* filed by Marianne Nestor. (Cantrell, Deirdra) (Entered: 05/20/2024) |
| 05/20/2024 | | 25 | Order signed on 5/20/2024 denying May 20, 2024 motion for reconsideration (Related Doc # 24). (DePierola, Jacqueline) (Entered: 05/20/2024) |
| 05/24/2024 | | 30 | Notice of Appeal (related document(s)25) filed by Marianne Nestor. Filing fee collected, receipt #10001151.(Rouzeau, Anatin) (Entered: 05/24/2024) |
| 05/31/2024 | | 32 | Designation of Contents (appellant). *and Statement of Issues* (related document(s)30) filed by Marianne Nestor. (Rouzeau, Anatin) (Entered: 06/03/2024) |
| 06/14/2024 | | 34 | Statement */Chapter 11 Trustee's Counterstatement of Issues and Counterdesignation of Additional Items to be Included in Record on Appeal in Connection with Appeal of Marianne Nestor* Related document(s) 30 Notice of Appeal filed by Unknown Marianne Nestor. Modified on 6/21/2024 **To Edit Docket Text Entry** (Braithwaite, Kenishia). (Entered: 06/14/2024) |