**FeeDueAP, PENAP, APPEAL, MDisCs**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 23–10627–mew

*Assigned to:* Judge Michael E. Wiles
Chapter 11
Voluntary
Asset

*Date filed:* 04/25/2023
*341 meeting:* 05/13/2025
*Deadline for filing claims:* 02/11/2025
*Deadline for objecting to discharge:* 10/30/2024

| | |
|---|---|
| *Debtor*<br>**Peggy Nestor**<br>15 East 63rd St<br>New York, NY 10065<br>NEW YORK–NY<br>SSN / ITIN: xxx–xx–6675 | represented by **Anne J. Penachio**<br>Penachio Malara LLP<br>245 Main Street<br>Suite 450<br>White Plains, NY 10601<br>(914) 946–2889<br>Email: apenachio@pmlawllp.com |
| *Trustee*<br>**Albert Togut**<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | represented by **Neil Matthew Berger**<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119<br>(212) 594–5000<br>Fax : (212) 967–4258<br>Email: neilberger@teamtogut.com<br><br>**Martha Martir**<br>Togut, Segal & Segal LLP<br>1 Pennsylvania Plaza<br>Ste #3335<br>New York, NY 10119<br>212–201–5579<br>Email: mmartir@teamtogut.com<br><br>**Frank A. Oswald**<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119<br>(212) 594–5000<br>Email: frankoswald@teamtogut.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004–1408<br>(212) 510–0500 | represented by **Daniel Rudewicz**<br>DOJ–Ust<br>1 Bowling Green<br>New York, NY 10004<br>212–510–0500<br>Email: daniel.rudewicz@usdoj.gov |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/12/2023 | | 21 | |

| | | | |
|---|---|---|---|
| | | | Schedules filed: Schedule A/B – Individual, Schedule C – Individual, Schedule D – Individual, Schedule E/F – Individual, Schedule G – Individual, Schedule H – Individual, Schedule I – Individual, Schedule J – Individual Filed by Anne J. Penachio on behalf of Peggy Nestor. (Penachio, Anne) (Entered: 05/12/2023) |
| 05/16/2023 | | 25 | Order signed on 5/16/2023 establishing July 11, 2023 as the deadline for filing proofs of claim and approving the form and manner of notice thereof (related document(s)23). Proofs of claim filed by governmental units must be filed on or before October 23, 2023. (DePierola, Jacqueline) (Entered: 05/16/2023) |
| 06/27/2023 | | 38 | Amended Schedules filed: Schedule A/B – Individual, Schedule C – Individual, Schedule I – Individual, Schedule J – Individual *and Amended SOFA* Filed by Anne J. Penachio on behalf of Peggy Nestor. (Penachio, Anne) (Entered: 06/27/2023) |
| 09/12/2023 | | 66 | Application to Employ Sotheby's International Realty as Broker filed by Anne J. Penachio on behalf of Peggy Nestor with presentment to be held on 9/29/2023 (check with court for location). (Attachments: # 1 Exhibit A Exclusive Right to Sell Agreement # 2 Exhibit B Affirmation of Louise C. Beit) (Penachio, Anne) (Entered: 09/12/2023) |
| 12/15/2023 | | 77 | Order signed on 12/15/2023 authorizing the Debtor to retain Sotheby's International Realty as her real estate broker (Related Doc # 66). (DePierola, Jacqueline) (Entered: 12/15/2023) |
| 12/15/2023 | | 78 | Order signed on 12/15/2023 approving sale procedures for the sale of the townhouse located at 15 East 63rd Street, New York, New York free and clear of all liens, claims, encumbrances and other interests; with such interests attaching to the proceeds of sale, approving the manner and extent of notice and procedures for submitting offers; scheduling the auction; scheduling a hearing confirming the results of the sale process (related document(s)74. Sale hearing to be held on 7/9/2024 at 10:00 AM at Teleconference Line (CourtSolutions) (MEW). (DePierola, Jacqueline) (Entered: 12/15/2023) |
| 01/18/2024 | | 80 | Letter */Listing Agreement with Sotheby's International Realty signed in counterpart* Filed by Anne J. Penachio on behalf of Peggy Nestor. (Penachio, Anne) (Entered: 01/18/2024) |
| 03/13/2024 | | 106 | Decision signed on 3/13/2024 granting motion for the appointment of a chapter 11 trustee (related document(s)95, 102, 98). (DePierola, Jacqueline) (Entered: 03/13/2024) |
| 03/13/2024 | | 107 | Order signed on 3/13/2024 granting motion for appointment of a chapter 11 trustee (related document(s)95, 106, 102, 98). (DePierola, Jacqueline) (Entered: 03/13/2024) |
| 03/22/2024 | | 110 | Notice of Appointment of Trustee (related document(s)107) Filed by Daniel Rudewicz on behalf of United States Trustee. (Rudewicz, Daniel) (Entered: 03/22/2024) |
| 03/22/2024 | | 112 | Order signed on 3/22/2024 approving the appointment of Albert Togut, Esq. as chapter 11 trustee (Related Doc # 111). (DePierola, Jacqueline) (Entered: 03/22/2024) |
| 03/28/2024 | | 114 | |

| | | | |
|---|---|---|---|
| | | | Appointment of Chapter 11 Trustee *Notice of Approval of Appointment of Trustee* (related document(s)112) Filed by Daniel Rudewicz on behalf of United States Trustee. (Rudewicz, Daniel) (Entered: 03/28/2024) |
| 04/09/2024 | | 118 | Bond Issued by Hartford Fire Insurance Company in the amount of $10,000.00 Filed by Albert Togut. (Cappiello, Karen) (Entered: 04/09/2024) |
| 04/10/2024 | | 119 | Adversary case 24–01342. Complaint against Peggy Nestor, Marianne Nestor Cassini (Fee Amount $ 350.). Nature(s) of Suit: (72 (Injunctive relief – other)), (11 (Recovery of money/property – 542 turnover of property)) Filed by Neil Matthew Berger, Brian F Shaughnessy on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee. (Shaughnessy, Brian) (Entered: 04/10/2024) |
| 04/29/2024 | | 130 | Letter *requesting Stay of 30 – 45 days.* Filed by Peggy Nestor. (Cantrell, Deirdra) (Entered: 04/30/2024) |
| 04/29/2024 | | 131 | Letter *requesting a Stay of 30 – 60 days.* Filed by Marianne Nestor Cassini. (Cantrell, Deirdra) (Entered: 04/30/2024) |
| 04/29/2024 | | 132 | Letter *requesting a Stay for 30 –60 days.* Filed by Gemeaux Ltd.. (Cantrell, Deirdra) (Entered: 04/30/2024) |
| 05/01/2024 | | 142 | Letter *to Judge Wiles in re: Motion Of The Attorneys For Lynx Asset Services LLC ("Lynx").* Filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 05/02/2024) |
| 05/01/2024 | | 143 | Letter *dated May 1, 2024 to Judge Wiles* Filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 05/02/2024) |
| 05/02/2024 | | 144 | Order signed on 5/2/2024 denying stay motions (related document(s)130, 131, 132). (DePierola, Jacqueline) (Entered: 05/02/2024) |
| 05/08/2024 | | 150 | Letter *dated May 8, 2024 to Judge Wiles* (related document(s)143, 142) Filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 05/09/2024) |
| 05/10/2024 | | 166 | Transcript regarding Hearing Held on 5/1/2024 at 3:05 PM RE: Status Conference RE: Letters filed by Peggy Nestor, Marianne Nestor and Gemeaux. Remote electronic access to the transcript is restricted until 8/8/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 130, 131, 132). Notice of Intent to Request Redaction Deadline Due By 5/17/2024. Statement of Redaction Request Due By 5/31/2024. Redacted Transcript Submission Due By 6/10/2024. Transcript access will be restricted through 8/8/2024. (Ortiz, Carmen) (Entered: 05/23/2024) |
| 05/13/2024 | | 153 | Decision and Order signed on 5/13/2024 denying oral motions to reconsider prior rulings regarding the possession of a townhouse and the sale of the same (related document(s)144). (DePierola, Jacqueline) (Entered: 05/13/2024) |
| 05/14/2024 | | 154 | Letter *dated May 13, 2024 to Judge Wiles* Filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 05/14/2024) |

| | | | |
|---|---|---|---|
| 05/15/2024 | | 156 | Order Signed On 5/15/2024 Re: Denying Renewed Request For Reconsideration And Request For Hearing. (related document(s)154) (Barrett, Chantel) (Entered: 05/15/2024) |
| 05/17/2024 | | 158 | Motion to Allow/ *Motion To Reconsider Order Dated 5/13/2024 In Light Of New Information* filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 05/17/2024) |
| 05/17/2024 | | 160 | Order signed on 5/17/2024 denying a further request for reconsideration dated May 17, 2024 (Related Doc # 158). (DePierola, Jacqueline) (Entered: 05/17/2024) |
| 05/20/2024 | | 161 | Motion to Approve */Notice of Motion to Reconsider Past Rulings and 40 Year Ownership of Property Owned Since 1984.* filed by Marianne Nestor. (Cantrell, Deirdra) (Entered: 05/20/2024) |
| 05/20/2024 | | 162 | Order signed on 5/20/2024 denying May 20, 2024 motion for reconsideration (Related Doc # 161). (DePierola, Jacqueline) (Entered: 05/20/2024) |