**PENAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 23−01195−mew

*Assigned to:* Judge Michael E. Wiles  
*Lead BK Case:* 23−10627  
*Lead BK Title:* Peggy Nestor  
*Lead BK Chapter:* 11  
*Demand:*  
  *Nature[s] of Suit:*  91 Declaratory judgment  
                            31 Approval of sale of property of estate and of a co−owner − 363(h)

*Date Filed:* 11/01/23

---

*Plaintiff*  
−−−−−−−−−−−−−−−−−−−−−−−−  
**Albert Togut, Not Individually but Solely in His Capacity as Chapter 11 Trustee of the Estate of Peggy Nestor**

represented by **Neil Matthew Berger**  
Togut, Segal & Segal LLP  
One Penn Plaza  
New York, NY 10119  
(212) 594−5000  
Fax : (212) 967−4258  
Email: neilberger@teamtogut.com

V.

*Defendant*  
−−−−−−−−−−−−−−−−−−−−−−−−  
**Marianne Nestor**  
Radio City Station  
P.O. Box 2278  
New York, NY 10019

represented by **Marianne Nestor**  
PRO SE

*Defendant*  
−−−−−−−−−−−−−−−−−−−−−−−−  
**Rosalia Baiamonte,** *ESQ., as the court−appointed receiver for Oleg Cassini, Inc. and Cassini Patfums, LTD*  
666 Old Country Road  
Garden City, NY 11530

represented by **William Heuer**  
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP  
1201 RXR Plaza  
Uniondale, NY 11556  
516−622−9200  
Fax : 516−622−9212  
Email: wheuer@westermanllp.com

**Jeffrey A. Miller**  
Westerman Ball Ederer Miller Sharfstein LLP  
1201 RXR Plaza  
Uniondale, NY 11556  
(516) 622−9200  
Fax : (516) 622−9212  
Email: jmiller@westermanllp.com

*Defendant*
──────────────────────

**The Public Administrator of Nassau County,** *as Administrator CTA of the Estate of Oleg Cassini*
240 Old Country Road
Mineola, NY 11501

represented by **Heather Daly Callaghan**
Mahon Mahon Kerins and O'Brien
254 Nassau Blvd S
Garden City, NY 11561
516−695−6533
Email: hcallaghan@mmkolaw.com


*Defendant*
──────────────────────

**John J. Barnosky,** *ESQ*
Farrell Fritz, P.C.
400 RXR Plaza
Uniondale, NY 11556

represented by **Patrick Collins**
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556
(516) 227−0649
Fax : (516) 227−0777
Email: pcollins@farrellfritz.com


*Defendant*
──────────────────────

**Alexandre Cassini,** *as Executors of the Estate of Christina Cassini and as Successor Administrators of the Estate of Daria Cassini as alleged creditors of Marianne Nestor*
c/o Farrell Fritz, P.C.
400 RXR Plaza
Uniondale, NY 11556

represented by **Patrick Collins**
(See above for address)


| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 11/01/2023 | | 1 | Adversary case 23−01195. Complaint against Marianne Nestor, Rosalia Baiamonte, The Public Administrator of Nassau County, John J. Barnosky, Alexandre Cassini (Fee Amount $ 350.). Nature(s) of Suit: (91 (Declaratory judgment)), (31 (Approval of sale of property of estate and of a co−owner − 363(h))) Filed by Anne J. Penachio on behalf of Peggy Nestor. (Penachio, Anne) (Entered: 11/01/2023) |
| 01/31/2024 | | 10 | Affidavit */Admission of Service of Marianne Nestor to Summons and Complaint* (related document(s)1, 2) filed by Anne J. Penachio on behalf of Peggy Nestor. (Penachio, Anne) (Entered: 01/31/2024) |
| 02/08/2024 | | 11 | Motion to Approve *Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) as made applicable by Bankruptcy Procedure 7012 granting the Plaintiff's Second Claim for Relief* filed by Anne J. Penachio on behalf of Peggy Nestor with hearing to be held on 3/5/2024 at 10:00 AM at Teleconference Line (CourtSolutions) (MEW). (Attachments: # 1 Exhibit A Admission of Service of Marianne Nestor # 2 Exhibit B Receiver's Answer # 3 Exhibit C The Public Administrator of Nassau County's Answer # 4 Exhibit D Barnosky and Cassini Belmont Answer) (Penachio, Anne) (Entered: 02/08/2024) |
| 03/04/2024 | | 16 | Response *to Limited Objection to Motion for Judgment on the Pleadings* (related document(s)14, 13) filed by Anne J. Penachio on behalf of Peggy Nestor. with hearing to be held on 3/5/2024 at 10:00 AM at |

| | | | |
|---|---|---|---|
| | | | Teleconference Line (CourtSolutions) (MEW) (Penachio, Anne) (Entered: 03/04/2024) |
| 03/05/2024 | | <u>17</u> | Response to Motion *Of Lynx Assets Services, LLC a Flordia Corporation Requesting An Appointment Of A Chapter 11 Trustee* filed by Marianne Nestor Cassini. (Cappiello, Karen) (Entered: 03/06/2024) |
| 03/13/2024 | | <u>18</u> | Order signed on 3/13/2024 granting partial judgment on the pleadings as to the second claim for relief in the complaint (Related Doc # <u>11</u>). (DePierola, Jacqueline) (Entered: 03/13/2024) |