# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
—
WWW.TOGUTLAWFIRM.COM
—
(212) 594-5000

NEIL BERGER
neilberger@teamtogut.com

April 15, 2025

**VIA ECF AND E-MAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re: *In re Peggy Nestor*
       Case No. 24-CV-04063

Dear Judge Carter:

    We are the attorneys for Albert Togut, the Chapter 11 trustee (the "Trustee") of the estate of Peggy Nestor and the appellee in the above-captioned bankruptcy appeal (the "Appeal").

    During the April 8, 2025 telephonic conference for the Appeal, the Court advised that it had not yet received a copy of the record of appeal (the "Record of Appeal") from the Bankruptcy Court, and directed the Trustee to file a copy of the Record of Appeal on the Court's docket and to provide a copy of it to appellant Marianne Nestor (the "Appellant").

    On April 10, 2025, the Bankruptcy Court filed an amended notice indicating that the Record of Appeal had been transmitted from the Bankruptcy Court to the Court. [Dkt. No. 28].

    On April 15, 2025, counsel for the Trustee sent a copy of the Record of Appeal to Appellant via electronic mail. [Dkt. No. 31 (affidavit of service)].

        Based upon the foregoing, the Trustee respectfully requests that he be relieved of any requirement to file the Record of Appeal on the Docket for this Appeal.

        Respectfully submitted,

        TOGUT, SEGAL & SEGAL LLP
        By:

          /s/ *Neil Berger*

        Neil Berger
        A Member of the Firm

cc:    Albert Togut, Esq.
       Marianne Nestor