# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
___
WWW.TOGUTLAWFIRM.COM
___
(212) 594-5000

NEIL BERGER
neilberger@teamtogut.com

May 5, 2025

**VIA ECF AND E-MAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      Re:    *Marianne Nestor v. Albert Togut (In re Peggy Nestor)*
             Case No. 24-CV-04063 (ALC)

Dear Judge Carter:

      We are the attorneys for Albert Togut, the Chapter 11 trustee (the "Trustee") of Peggy Nestor's estate and the appellee in the above-captioned appeal (the "Appeal") from the Bankruptcy Court's May 20, 2024 order denying reconsideration of the order compelling surrender and turnover of the real property located 15 East 63rd Street, New York, New York 10065 (the "Property"). [*See In re Peggy Nestor*, Case No. 23-10627 (MEW), Adv. Pro. 24-01342 (MEW), Dkt. No. 25] (the "Bankruptcy Court Order").

      We respectfully submit this letter in response to appellant Marianne Nestor's ("Appellant") April 10, 2025 motion to confirm her purported 50% ownership interest in the Property [Dkt. No. 29] (the "Motion").

      The Motion again seeks the same relief that Appellant sought, and was denied, in the Bankruptcy Court Order from which the Appeal was taken. Indeed, the relief sought in the Motion is expressly discussed and denied in the Bankruptcy Court's May 13, 15, and 17, 2024 rulings (attached hereto as **Exhibits A-C)**, which are expressly incorporated by reference in the Bankruptcy Court Order, and confirm that Appellant's claims to an ownership interest were fully adjudicated. [*See* Case No. 23-10627 (MEW), Adv. Pro. 24-01342 (MEW), Dkt. Nos. 17 at 2, 6-8, 10-15 (May 13, 2024), 19 at 1-4 (May 15, 2024), 23 at 1-2 (May 17, 2024)].

      The Motion is duplicative of the Appeal and, in substance, a collateral attack on the Bankruptcy Court Order that should be denied on that basis. *See In re Purdue Pharma L.P.*, No. 23-CV-03779 (PMH), 2024 WL 1194738, at *4 (S.D.N.Y. Mar. 20,

2024) ("A collateral attack is an attack on an order that is made in a proceeding (other than a direct appeal) that is different from the proceeding in which the order was entered and that seeks to undo or nullify the order itself.") (cleaned up).

  To the extent the Court is inclined to entertain the Motion, the Trustee respectfully requests an opportunity to be heard.

              Respectfully submitted,

              TOGUT, SEGAL & SEGAL LLP
              By:

                */s/ Neil Berger*

              Neil Berger
              A Member of the Firm

cc: Albert Togut, Esq.
   Marianne Nestor