March 9, 2026

24 CV 04063

RECEIVED
SDNY PRO SE OFFICE
2026 MAR -9 PM 2:49

Honorable Andrew Carter Jr
550 Pearl Street
New York New York
10007

Your Honor Judge Carter

Attached re ownership of our property, I am enclosing a copy of the Title Report for
15 East 63rd Street, block 1378 lot 12.

The title report shows my ownership with my sister Peggy Nestor.  The property was
purchased by us in 1984.

I am trying to buy back our house.

Thank you, your Honor for your kind consideration.

Respectfully submitted,

Marianne

Marianne Nestor
Co-owner
Registered
building manager
15 East 63rd Street
New York New York
10065

**From:** GEMEAUX LTD <gemeauxltd@gmail.com>
**Date:** March 7, 2026 at 10:39:46 AM EST
**Subject: Fwd: title tp187276_20240603143343.pdf**

**From:** Robert Disciullo <robd@titlepro.net>

**Date:** March 6, 2026 at 1:13:08 PM EST

**To:** gemeauxltd@gmail.com, dolly156365@gmail.com

**Subject: FW: title tp187276_20240603143343.pdf**

Marianne & Dolly:

Attached find a copy of the title report which was last updated in this matter on or about March 5, 2021. Subject to any additional liens, encumbrances, bankruptcies or otherwise that would be disclosed on a continuation of the title, the attached accurately reflects the title to the property as of that date.

Regards,

Rob

| | |
|---|---|
| **Robert J. DiSciullo**<br>*Attorney at Law* | 2900 Westchester Avenue<br><br>Suite 100<br><br>Purchase, New York 10577<br><br><br>tel. 914.694.3300<br><br>fax. 914.253.0823<br><br>cell 914.450.8872 |
| robd@titlepro.net | |

THIS E-MAIL IS ATTORNEY-CLIENT PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE. ANY OTHER DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THE E-MAIL WITHOUT MAKING A COPY.

BE ADVISED THAT THIS office has an affiliated business arrangement with TitlePro Agency, LLC, which may be involved in the provision of title services. I acknowledge that the performance of both services by this office, including through its affiliated title agency, may present potential conflicts of interest. Nevertheless, this shall confirm that you are fully aware of these potential conflicts and expressly authorize and request that this office proceed with the performance of such dual services.

**WARNING: FRAUD ALERT** Hackers are targeting e-mails of attorneys in attempts to initiate fraudulent wire requests. If you receive any request purporting to come from this office regarding wire instructions, you must confirm the request directly with Robert J. DiSciullo, Esq. by telephone before you make any transfer.

 **From:** Cindy Dhanpat <cindyd@titlepro.net>

**Sent:** Friday, March 6, 2026 12:31 PM

**To:** Robert Disciullo <robd@titlepro.net>
**Subject:** title tp187276_20240603143343.pdf

*CERTIFICATE OF TITLE*

# First American Title Insurance Company

**Title Number** TP187276

*First American Title Insurance Company* ("the Company") certifies to the "proposed insured(s)" listed herein that an examination of title to the premises described in Schedule A has been made in accordance with its usual procedure and agrees to issue its standard form of title insurance policy authorized by the Insurance Department of the State of New York, in the amount set forth herein, insuring the interest set forth herein, and the marketability thereof, in the premises described in Schedule A, after the closing of the transaction in conformance with the requirements and procedures approved by the Company and after the payment of the premium and fees associated herewith excepting (a) all loss or damage by reason of the estates, interests, defects, objections, liens, encumbrances and other matters set forth herein that are not disposed of to the satisfaction of the Company prior to such closing or issuance of the policy (b) any question or objection coming to the attention of the Company before the date of closing, or if there be no closing, before the issuance of the policy.

This Agreement to insure shall terminate (1) if the prospective insured, his or her attorney or agent makes any untrue statement with respect to any material fact or suppresses or fails to disclose any material fact or if any untrue answers are given to material inquiries by or on behalf of the Company; or (2) upon the issuance of title insurance in accordance herewith. In the event that this Certificate is endorsed and redated by an authorized representative of the Company after the closing of the transaction and payment of the premium and fees associated herewith, such "redated" Certificate shall serve as evidence of the title insurance issued until such time as a policy of title insurance is delivered to the insured. Any claim made under the redated Certificate shall be restricted to the conditions, stipulations and exclusions from coverage of the standard form of title insurance policy issued by the Company.

**THIS REPORT IS NOT A TITLE INSURANCE POLICY! PLEASE READ CAREFULLY. THE REPORT MAY SET FORTH EXCLUSIONS UNDER THE TITLE INSURANCE POLICY AND MAY NOT LIST ALL LIENS, DEFECTS AND ENCUMBRANCES AFFECTING TITLE TO THE PROPERTY. YOU SHOULD CONSIDER THIS INFORMATION CAREFULLY.**

In Witness Whereof, First American Title Insurance Company has caused its corporate name to be affixed by its duly authorized officers on the date shown in Schedule A.

COUNTERSIGNED

*First American Title Insurance Company*

_____
Authorized Signature

Dennis J. Gilmore
President

**TITLEPRO AGENCY, LLC**
2900 Westchester Avenue
Suite# 100
Purchase, NY 10577
Tel (914) 253-0822
Fax (914) 253-0823

Jeffrey S. Robinson
Secretary

**TITLEPRO AGENCY, LLC**
**2900 Westchester Avenue**
**Suite# 100**
**Purchase, NY 10577**
**Tel (914) 253-0822**
**Fax (914) 253-0823**

## CLOSING STATEMENT

Closed By _____    Date Closed _____    Title Number   TP187276

Closed At The Office Of _____

Record Owner

Purchaser     **MARIANNE NESTOR AND PEGGY NESTOR**

Premises      **15 EAST 63RD STREET, NEW YORK, NY**

County **New York**      Closing County **New York**

S/B/L(1)     /1378/12

| Title Charges | Total | Purchaser | Seller | Lender |
|---|---|---|---|---|
| Fee | | | | |
| Mortgage     25,500,000.00 | 62,048.00 | 62,048.00 | | |
| | | | | |
| **Endorsements** | | | | |
| Environmental Prot., NY | 50.00 | 50.00 | | |
| Waiver of Arb - M | 50.00 | 50.00 | | |
| Residential Mortgage | 50.00 | 50.00 | | |
| | | | | |
| **Recording Chgs** | | | | |
| NYS Mortgage Tax | 264,934.70 | 264,934.70 | | |
| NYS Mort Tax (1/4) | 34,411.00 | | | 34,411.00 |
| Deeds | | | | |
| Mortgages | 145.00 | 145.00 | | |
| Assign Lease/Rent | 150.00 | 150.00 | | |
| UCC Recordings | 80.00 | 80.00 | | |
| Consolidation Agree | 325.00 | 325.00 | | |
| Assignment of Mort | 150.00 | 150.00 | | |
| | | | | |
| **Escrow Deps** | | | | |
| | | | | |
| **Misc. Chgs** | | | | |
| Handling Fee | 125.00 | 125.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | 362,518.70 | 328,107.70 | 0.00 | 34,411.00 |

Checks to TitlePro Agency, LLC

| PAYOR | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**Direct Payment Checks**

| PAYEE | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

Underwriter:   **First American Title**
                   **Insurance Company**

Premium/Endorsement Split:  83% - 17%

| | Ag. Split | Und. Split |
|---|---|---|
| Fee Prm | | |
| 0.00 | 0.00 | 0.00 |
| Tot. Mtg Prm | | |
| 62,048.00 | 51,499.84 | 10,548.16 |
| Tot. Ends. | | |
| 150.00 | 124.50 | 25.50 |
| Totals | | |
| 62,198.00 | 51,624.34 | 10,573.66 |

NOTES:

_____

_____

_____

_____

_____

Note: Rates and charges herein are subject to change based on the rates in effect at the time of closing.

**NOTICE STATEMENT**

The lender or other party may require the performance of additional services which are not necessary services in connection with the issuance of the title policy. Please note that the issuance of the title policy is not dependent upon the performance of such additional services.

# CONSUMER ACKNOWLEDGMENT OF TITLE INSURANCE PREMIUMS, FEES, AND SERVICE CHARGES

**This Memorandum MUST be attached to all final invoices.**

**Date:** June 12, 2020

**Order/File No:** TP187276

**Property:** 15 EAST 63RD STREET, NEW YORK

I/We acknowledge that I/We have reviewed the premium calculations, fees, and service charges being charged to me/us. I/We acknowledge that these charges have been explained to me/us and that I/We understand them as set forth on this Memorandum.

NOTE: All buyers, borrowers, sellers and lenders, or their authorized representative(s) are required to sign this Memorandum of Acknowledgement pursuant to New York State Insurance Law.

REQUIRED SIGNATURES:

Buyer(s)/Borrower(s):                                    Seller(s):

_____          _____

Printed Name: _____          Printed Name: _____

_____          _____

Printed Name: _____          Printed Name: _____

_____          _____

Printed Name: _____          Printed Name: _____

Lender:

By: _____

Printed Name: _____

Title: _____

PLEASE BE ADVISED THAT, PURSUANT TO 11 NYCRR 228 (INSURANCE REGULATION 208), A TITLE INSURANCE CLOSER MAY NOT ACCEPT ANY PAYMENT FROM OR ON BEHALF OF AN APPLICANT FOR TITLE INSURANCE.

# Schedule A

Title Number: **TP187276**

Effective Date: **03/05/2021**

| Premises | **15 EAST 63RD STREET, NEW YORK** |
| Town/Village/City | |
| County | **New York** |

Block **1378**                    Lot **12**

| ALTA Owner's Policy 2006 (with Endorsement Modifications) | $ | |
| Proposed Insured | | |

| ALTA Loan Policy 2006 (with Endorsement Modifications) | $ | **25,500,000.00** |
| Proposed Insured | | |

The estate or interest in the land described or referred to in this Certificate and covered herein is: **Fee Simple**

Title to said estate or interest in said land at the effective date hereof is vested in:

**MARIANNE NESTOR AND PEGGY NESTOR**

Source of Title:

**MARIANNE NESTOR AND PEGGY NESTOR who acquired title from KATHERINE BROWNE by deed dated February 23, 1984 recorded February 27, 1984 in Reel 767 Pg 1840**

Recertified Date: ____/____/_____                    Title Recertified In:

The land referred to in this Certificate is described as follows:

## SCHEDULE "A" DESCRIPTION WITHIN

Hereinafter set forth are additional matters which will appear in our policy as exceptions from coverage unless disposed of to our satisfaction prior to the closing or delivery of the policy.

1. Taxes, tax liens, tax sales, water rates, sewer rents and assessments set forth herein.

2. Any state of facts which an accurate survey might show.

3. Survey exceptions set forth herein.

4. Affidavit of Title will be required on closing.

5. Rights of tenants or persons in possession.

6. Beginning September 1, 2010 New York State is imposing a sales tax on certain information services under provisions of Section 1105 of the Tax Law which are contained in the title commitment. In accordance therewith this Company shall comply with all applicable New York State laws and collect the sales tax at closing.

7. The policy does not insure the exact distances, dimensions, and locations of the boundary linesof the premises herein described in Schedule "A".

   Policy excepts covenants, conditions, easements, leases and agreements of record, if any.

8. Mortgages 4 found of record. Must be satisfied and discharged of record at or prior to closing or policy will except same. See mortgage schedule herein. If the above mortgage is a revolving credit line mortgage, same is to be disposed of according to the instructions regarding credit line mortgages contained within.

9. The following UCC-1 Financing Statements to be disposed of : Title to personal property is not insured, but the following Security Agreement and Financing Statement must be satisfied and discharged of record as it is filed so as to affect the real property:

   FILING DATE: 2/21/2017
   FILING NO.:2017000070291
   SECURED PARTY:LYNX ASSET SERVICES, LLC
   DEBTOR:  PEGGY NESTOR AND MARIANNE NESTOR

   FILING DATE: 3/19/2018
   FILING NO.:2018000094160
   SECURED PARTY:PRIME PLUS, LLC
   DEBTOR:  PEGGY NESTOR AND MARIANNE NESTOR

   FILING DATE: 3/19/2018
   FILING NO.:2018000094161
   SECURED PARTY:PRIME PLUS, LLC
   DEBTOR:  PEGGY NESTOR AND MARIANNE NESTOR

Continued On Next Page

10.   ORDER TO SHOW CAUSE:

GRANTOR: ESTATE OF OLEG CASSINI C/O FARRELL FRITZ PC
GRANTEE: MARIANNE NESTOR CASSINI
FILE#343100/G
DATED: 2/19/2020
RECORDED:2/24/2020

11.   OPINION & ORDER:

GRANTOR: JOHN J. BARNOSKY and JEFFREY DELUCA
GRANTEE: MARIANNE NESTOR CASSINI
DATED: 9/25/2019
RECORDED:3/16/2020
CRFN#2020000096470

12.   Judgments run against: MARIANNE NESTOR. SEE WITHIN

13.   Judgments run against: PEGGY NESTOR.  None found of record

14.   Proof is required that PEGGY NESTOR AND MARIANNE NESTOR has not been known by any other name for the past 10 years.

15.   Taxes which are due and payable after the date of this policy, even if they became a lien prior to date of this policy.

16.   Attention is called to the fact that a tax exemption is in effect in connection with the subject premises.  Said exemption is subject to cancellation, as well as possible imposition of taxes, interest and penalties, retroactive to date of termination of or disqualification of entitlement to said exemption.

Proof is required that the certified owners of record are the same person(s) entitled to the tax exemption referred to in the Tax Schedule herein.

17.   There is no grace period for New York City taxes they must be paid on the day they are due.

Right to maintain vault or vault space , if any, and the charges are not insured against.

Policy excepts any Emergency Repairs Liens, Enviromental Control Board Liens, Sidewalk Assessments, Parking Violation Bureau Judgments, Transit Adjudication Bureau Judgments and Vault Charges that may have been assessed but not properly or timely posted. This will be omitted by an indemnification executed by the borrowers at closing.

Continued On Next Page

18. This Company excepts any water charges pending where service is supplied by town or other municipality and which are or may be levied as a lien against the premises. Upon receipt of appropriate proofs, this exception will be omitted.

19. Proof is required to show that the person(s) executing deed or mortgage at closing is/are the same person(s) as the grantee in deed recorded in Reel 767 Pg 1840, the certified owner herein.

    The closing instrument must contain the following language: "The premises conveyed herein is the same premises as was conveyed to the Grantors by Deed in Reel 767 Pg 1840."

20. PLEASE NOTE: The following is the new uniform acknowledgment required on all documents executed and acknowledged within New York State: On the  day  of  in the year  before me, the undersigned, personally appeared     known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his capacity(ies), and that by his/her/their signature(s) on   the    instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

21. PLEASE NOTE: The following municipal departmental data is furnished for information only, having been obtained from sources considered relaiable, but the company assumes no liability for the accuracy of the information furnished. They will not be continued up to closing. See copies attached.

    PLEASE NOTE: Personal checks in excess of $1,000.00 will not be accepted this Company.

    PLEASE NOTE: Tax map Designation must appear in the body of all closing instruments.

    PLEASE NOTE: If the tax search contained herein reflects open taxes, proof of payment is to be submitted prior to closing. If this Company will be required to take money to pay current or deliquent taxes then in no event shall less than 20% over the posted tax amount be taken in escrow.

    PLEASE NOTE: If the name of the lending institution on the payoff letter differs from the mortgage of record, a satisfactory explaination must be presented to this Company prior to closing or an escrow may be required.

    PLEASE NOTE: If any of the mortgages set forth herein to be paid off, are credit line mortgages, then the payoff letter must state that the credit line has been frozen and no further advances will be made subsequent to the date of the payoff letter.

    PLEASE NOTE: If this Company is asked to take any monies in connection with the closing to pay an item to dispose of an exception or pay taxes or water/sewer charges then this Company will charge a fee of $50.00.

Continued On Next Page

PLEASE NOTE: Although the Company will use its best efforts to record instruments promptly, no liability is assumed for penalties and interest under section 1416 of the Tax Law due to the inability to file transfer tax returns or pay transfer taxes within the time required.

22. The identity of the parties at the closing of this title should be established to the satisfactions of the closer acting for the Company. The identification, including photograph (i.e. NYS Driver's License, U.S. Passport, etc.), of all parties (whether present or not) executing any documents (Deed, Mortgages, Power of Attorneys, etc.) must be presented at closing.

23. This Company requires a copy of the Contract of Sale regarding subject premises for its review and consideration prior to closing.

24. Tax Law Section 663(d), effective 9/1/2003 as revised, required that a recording office shall not record or accept for record any deed unless accompanied by a form IT-2263 together with the payment of the estimated tax due, if any, by check and payable to "NYS INCOME TAX" or if the transaction is not subject to the filing and payment requirements of 663 because the seller is a resident individual, trust or estate, a TP-584 form which includes a completed certification by the tranferor/seller that this section is inapplicable to the transfer.

Note: Section 663 applies to sales by nonresident individuals, nonresident trusts and nonresident estates, other than a sale of a principal residence as that term is defined in 26 USC Section 121, a deed in lieu of foreclosure for no additional consideration or a sale where the transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New York, the Federal National Mortgage Association, the federal Home Loan Mortgage Corporation, or the Government National Mortgage Association, or a private mortgage insurance company.

# Schedule A Description

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the intersection of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with the westerly side of Madison Avenue and part of the distance through a party wall 100 feet 5 inches to the center line of the block between 63rd and 64th Street;

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly and again parallel with Madison Avenue part of the distance through another party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

THE policy to be issued under this report will insure the title to such buildings and improvements erected on the premises, which by law constitute real property.

FOR CONVEYANCING ONLY: TOGETHER with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.

# Mortgages

## Mortgage Type MORTGAGE

Mortgage Number **1**    of **8**

Title Number  **TP187276**

| | |
|---|---|
| Mortgagor | **PEGGY NESTOR AND MARIANNE NESTOR** |
| Mortgagee | **EMIGRANT MORTGAGE COMPANY INC** |
| Amount | **$4,000,000.00** |
| Dated | **08/30/2010** |
| Recorded | **09/09/2010** |
| CRFN | **2010000304435** |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

| | | Mortgage Type | SECOND MORTGAGE | | |
|---|---|---|---|---|---|
| Mortgage Number **2** | of **8** | | AND SECURITY | Title Number | **TP187276** |
| Mortgagor | | | AGREEMENT | | |

PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee     PRIME PLUS, LLC

| | |
|---|---|
| Amount | $1,080,000.00 |
| Dated | 05/14/2015 |
| Recorded | 05/28/2015 |
| CRFN | 2015000178812 |

**2a**

## Assignment of Mortgage

| | |
|---|---|
| Assignor | PRIME PLUS, LLC |
| Assignee | LYNX ASSET SERVICES, LLC |
| Dated | 01/23/2017 |
| Recorded | 02/27/2017 |
| CRFN | 2017000078794 |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

## Mortgages - continued

Mortgage Number **3** of **8**

Mortgage Type **THIRD MORTGAGE AND SECURITY AGREEMENT**  Title Number **TP187276**

Mortgagor

**PEGGY NESTOR AND MARIANNE NESTOR**

Mortgagee     **PRIME PLUS, LLC**

| | |
|---|---|
| Amount | **$1,200,000.00** |
| Dated | **10/16/2015** |
| Recorded | **10/28/2015** |
| CRFN | **2015000386397** |

## Assignment of Mortgage

3a

| | |
|---|---|
| Assignor | PRIME PLUS, LLC |
| Assignee | LYNX ASSET SERVICES, LLC |
| Dated | 01/23/2017 |
| Recorded | 02/27/2017 |
| CRFN | 2017000078795 |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

## Mortgages - continued

| | |
|---|---|
| Mortgage Type | FOURTH MORTGAGE AND SECURITY AGREEMENT |

Title Number   TP187276

Mortgagor

       PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee      PRIME PLUS, LLC

| | |
|---|---|
| Amount | $1,800,000.00 |
| Dated | 02/25/2016 |
| Recorded | 08/04/2016 |
| CRFN | 2016000268454 |

## Assignment of Mortgage

4a

| | |
|---|---|
| Assignor | PRIME PLUS, LLC |
| Assignee | LYNX ASSET SERVICES, LLC |
| Dated | 01/23/2017 |
| Recorded | 02/27/2017 |
| CRFN | 2017000078796 |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

## Mortgages - continued

Mortgage Number **5**     of **8**     Mortgage Type FIFTH MORTGAGE AND SECURITY AGREEMENT    Title Number TP187276

Mortgagor

     PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee      PRIME PLUS,LLC

Amount      $1,080,000.00

Dated      07/28/2016

Recorded      08/30/2016

CRFN      2016000299321


## Assignment of Mortgage

**5a**

Assignor      PRIME PLUS,LLC

Assignee      LYNX ASSET SERVICES, LLC

Dated      01/23/2017

Recorded      02/27/2017

CRFN      2017000078797


Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

Mortgage Number **6**     of **8**     Mortgage Type SIXTH MORTGAGE AND
                                           SECURITY AGREEMENT   Title Number   TP187276

Mortgagor
                    PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee        LYNX ASSET SERVICES, LLC

Amount           $4,340,000.00
Dated            01/25/2017
Recorded         02/27/2017
CRFN             2017000078798

6a                                      ## Agreement

    Type                    CONSOLIDATION AGREEMENT
    Party of the First Part   PEGGY NESTOR AND MARIANNE NESTOR
    Party of the Second Part  LYNX ASSET SERVICES, LLC
    Dated                   01/25/2017
    Recorded                02/27/2017
    CRFN                    2017000078799

CONSOLIDATES MORTGAGES 2-6 TO FORM A SINGLE LIEN IN THE AMOUNT OF $9,500,000.00

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

Mortgage Number **7**    of **8**     Mortgage Type SEVENTH MORTGAGE
Mortgagor                                           AND SECURITY         Title Number   TP187276
                                                          AGREEMENT

          PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee        PRIME PLUS, LLC

Amount           $1,300,000.00
Dated            01/23/2018
Recorded         03/15/2018
CRFN             2018000089499

## Assignment of LEASES AND RENT

7a

Assignor         PEGGY NESTOR AND MARIANNE NESTOR
Assignee         PRIME PLUS, LLC
Dated            01/23/2018
Recorded         03/15/2018
CRFN             2018000089500

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

Continued On Next Page

| | |
|---|---|
| Mortgage Number 8   of 8 | Mortgage Type EIGHTH MORTGAGE |
| Mortgagor | AND SECURITY   Title Number  TP187276 |
| | AGREEMENT |

Mortgagor

PEGGY NESTOR AND MARIANNE NESTOR

Mortgagee    PRIME PLUS, LLC

| | |
|---|---|
| Amount | $1,000,000.00 |
| Dated | 11/16/2018 |
| Recorded | 01/02/2019 |
| CRFN | 2019000000441 |

## Assignment of Leases and Rents

8a

| | |
|---|---|
| Assignor | PEGGY NESTOR AND MARIANNE NESTOR |
| Assignee | PRIME PLUS, LLC |
| Dated | 11/16/2018 |
| Recorded | 01/02/2019 |
| CRFN | 2019000000442 |

Title Company will require a written payoff statement prior to closing.

These mortgage returns, unless the mortgage is to be insured, will appear as exceptions from coverage. The informaton set forth herein is obtained from the recorded instrument. Sometimes the provisions of a mortgage may be modified by agreements which are not recorded. We suggest that you communicate with the mortgagee if you desire any additional information. If there has been a change in the owners and holders of the mortgage, such information should be furnished to us promptly to enable further searches to be made.

# R E D | V I S I ⦿ N |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

---

## LIENS VS NAMES

---

## JUDGMENTS (JUD) FOR NESTOR, MARIANNE :

### - TRANSCRIPT OF JUDGMENT    CONTROL #:003283722 01    DATE:9/12/2014

EFFECTIVE DATE: 9/10/2014
COUNTY:
TOTAL DEBTORS: 01

COURT: SURROGATES COURT
INDEX #: 11197/13

DEBTOR/CORPORATION
NAME: NESTOR CASSINI, MARIANNE
ADDRESS: 15 E 63RD STREET NEW YORK NY 10065

CREDITOR ATTORNEY
NAME: FARRELL FRITZ PC
ADDRESS: 1320 RXR PLAZA UNIONDALE NY 11556
AMOUNT:$395,604.57

CREDITOR
NAME: CASSINI, CHRISTINA
ADDRESS: SEE REMARKS

SATISFACTION DATA
TYPE:
DATE:
SHERIFF'S EXECUTION:

| DATE | REMARKS |
|---|---|
| 20140912 | CREDITOR'S ADDRESS: 5 RUE DE LA COMETE PARIS FRANCE |
| 20140912 | DEBTOR'S 2ND ADDRESS: 313 MCCOUNS LANE, OYSTER BAY NY 11771 |
| 20150930 | JUDGMENT ASSIGNED TO JOSEPH DEFINO LOCATED AT 2093 BELLMORE AVENUE |
| 20150930 | BELLMORE NY 11710 |

### - TRANSCRIPT OF JUDGMENT    CONTROL #:003420083 01    DATE:11/27/2015

EFFECTIVE DATE: 11/25/2015
COUNTY:
TOTAL DEBTORS: 02

COURT: SURROGATES COURT
INDEX #: 10951-15

DEBTOR/CORPORATION
NAME: NESTOR CASSINI, MARIANNE
ADDRESS: 15 EAST 63RD ST NY NY 10065

CREDITOR ATTORNEY
NAME: MAHON MAHON KERINS & OBRIENLLC
ADDRESS: 254 NASSAU BLVD GARDEN CITY NY 11530
AMOUNT:$1,046,214.59

CREDITOR
NAME: DELUCA, JEFFREY
ADDRESS: 240 OLD COUNTRY RD RM 603 MINEOLA NY 11501

SATISFACTION DATA
TYPE:
DATE:
SHERIFF'S EXECUTION:

| DATE | REMARKS |
|---|---|
| 20151127 | SURROGATES NASSAU 343100/G COMPLETE CREDITOR NAME IS JEFFREY E DELUCA |
| 20151127 | ADMINISTRATOR OF NASSAU COUNTY ADMINISTRATOR CTA OF THE ESTATE OF OLEG |
| 20151127 | CASSINI. ADDITIONAL ADDRESS FOR DEBTOR: 313 MCCOUNS LANE OYSTER BAY |
| 20151127 | COVE NY 11771. |
| 20151216 | CERTIFICATE OF DISPOSITION OF JUDGMENT FILED FROM NASSAU SURROGATES |
| 20151216 | COURT CORRECTING DEBTOR'S NAME TO MARIANNE NESTORCASSINI TO |
| 20151216 | MARIANNE NESTOR CASSINI |

### - TRANSCRIPT OF JUDGMENT    CONTROL #:003420083 02    DATE:11/27/2015

EFFECTIVE DATE: 11/25/2015
COUNTY:
TOTAL DEBTORS: 02

COURT: SURROGATES COURT
INDEX #: 10951-15

DEBTOR/CORPORATION
NAME: NESTOR CASSINI, MARIANNE

CREDITOR
NAME: CASSINI EST, OLEG

# R E D [ V I S I ⊙ N ]

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

ADDRESS: 15 EAST 63RD ST NY NY 10065

ADDRESS: 240 OLD COUNTRY RD RM 603 MINEOLA NY 11501

**CREDITOR ATTORNEY**
NAME: MAHON MAHON KERINS & OBRIENLLC
ADDRESS: 254 NASSAU BLVD GARDEN CITY NY 11530
AMOUNT:$1,046,214.59

SATISFACTION DATA
TYPE:
DATE:
SHERIFF'S EXECUTION:

| DATE | REMARKS |
|---|---|
| 20151127 | SURROGATES NASSAU 343100/G COMPLETE CREDITOR NAME IS JEFFREY E DELUCA |
| 20151127 | ADMINISTRATOR OF NASSAU COUNTY ADMINISTRATOR CTA OF THE ESTATE OF OLEG |
| 20151127 | CASSINI. ADDITIONAL ADDRESS FOR DEBTOR: 313 MCCOUNS LANE OYSTER BAY |
| 20151127 | COVE NY 11771. |
| 20151216 | CERTIFICATE OF DISPOSITION OF JUDGMENT FILED FROM NASSAU SURROGATES |
| 20151216 | COURT CORRECTING DEBTOR'S NAME TO MARIANNE NESTORCASSINI TO |
| 20151216 | MARIANNE NESTOR CASSINI |



Finance



R E D | V I S I ⊙ N |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0800 F. 516.663.0650

# Landmark Search

**TITLE #:** TP127048

**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/13/2017
**ORDER ID:** 11291613

## PREMISES:

15 EAST 63 STREET

**State:** NY  **County:** NEW YORK

**Block:** 1378  **Lot:** 12

We have been advised by the Landmark Preservation Commission that a search of their records reveals that the above listed premises IS classified as a landmark or falls within a designated historical landmark district.
District/Property Name: Upper East Side Historic District

We have been advised by the Landmark Preservation Commission that a search of their records shows there is 1 outstanding violation(s) as of 12/13/2017.

1 violations found as follows:

File/Violation #:  07/0392
Violation Date:
Description:  Installation of ballustrade fence at rooftop without permit(s).

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN
REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS.THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

 **Buildings**

 ☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Property Profile Overview**

| | | | | | |
|---|---|---|---|---|---|
| 15 EAST 63 STREET | | MANHATTAN 10065 | | BIN# 1041020 | |
| EAST 63 STREET | 15 - 15 | Health Area | : 4100 | Tax Block | : 1378 |
| | | Census Tract | : 122 | Tax Lot | : 12 |
| | | Community Board | : 108 | Condo | : NO |
| | | Buildings on Lot | : 1 | Vacant | : NO |

View DCP Addresses...   Browse Block

View Zoning Documents   View Challenge Results   Pre - BIS PA   View Certificates of Occupancy

Cross Street(s):           5 AVENUE,  MADISON AVENUE
DOB Special Place Name:
DOB Building Remarks:

| | | | |
|---|---|---|---|
| Landmark Status: | L - LANDMARK | Special Status: | 0 |
| Local Law: | YES | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Environmental Restrictions: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |

Special District:      LH-1A - LIMITED HEIGHT

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area.  Click here for more Information

Department of Finance Building Classification:      D3-ELEVATOR APT

Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings

| | Total | Open | |
|---|---|---|---|
| | | | Elevator Records |
| Complaints | 18 | 0 | Electrical Applications |
| Violations-DOB | 45 | 24 | Permits In-Process / Issued |
| Violations-ECB (DOB) | 16 | 6 | Illuminated Signs Annual Permits |
| Jobs/Filings | 4 | | Plumbing Inspections |
| ARA / LAA Jobs | 0 | | Open Plumbing Jobs / Work Types |
| Total Jobs | 4 | | Facades |
| Actions | 20 | | Marquee Annual Permits |
| | | | Boiler Records |
| OR Enter Action Type: [_____] | | | DEP Boiler Information |
| OR Select from List: [Select...        ▾] | | | Crane Information |
| AND [ Show Actions ] | | | After Hours Variance Permits |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**



✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
**DOB Violations**

Premises: 15 EAST 63 STREET MANHATTAN

BIN: 1041020    Block: 1378    Lot: 12

Page: 1

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V* 101582E1448E2 | DOB VIOLATION - DISMISSED | 10/15/1982 |
| DISMISSAL DATE: 08/08/1983 | | |
| V* 012584E1426-8-2 | DOB VIOLATION - DISMISSED | 01/25/1984 |
| DISMISSAL DATE: 05/07/1987 | | |
| V* 051884CBJT1 | DOB VIOLATION - DISMISSED | 05/18/1984 |
| DISMISSAL DATE: 03/03/1987 | | |
| V* 062584E144783 | DOB VIOLATION - DISMISSED | 06/25/1984 |
| DISMISSAL DATE: 05/07/1987 | | |
| V* 071186E144781 | DOB VIOLATION - DISMISSED | 07/11/1986 |
| DISMISSAL DATE: 09/22/1986 | | |
| V* 100187LL16NRF02229 | DOB VIOLATION - DISMISSED | 00/00/1987 |
| DISMISSAL DATE: 02/27/1989 | | |
| V* 071387E130081 | DOB VIOLATION - DISMISSED | 07/13/1987 |
| DISMISSAL DATE: 09/03/1987 | | |
| V* 060788E11180503 | DOB VIOLATION - CLOSED | 00/00/1988 |
| CLOSURE DATE: 09/28/2011 | AGENCY LICENSE: JMA | |
| V* 082288E142908-03 | DOB VIOLATION - RESOLVED | 08/22/1988 |
| V 022701LL629104140 | DOB VIOLATION - ACTIVE | 02/27/2001 |
| V 022701LL629104141 | DOB VIOLATION - ACTIVE | 02/27/2001 |
| V* 061901E9444/139109 | DOB VIOLATION - RESOLVED | 06/19/2001 |
| V* 042104LL108101100 | DOB VIOLATION - DISMISSED | 04/21/2004 |
| V* 121504LANDMK05-0315 | DOB VIOLATION - DISMISSED | 12/15/2004 |
| V* 071206E9011/166513 | DOB VIOLATION - RESOLVED | 07/12/2006 |
| V 072106A0801AL | DOB VIOLATION - ACTIVE | 07/21/2006 |
| V 072106A08AL02 | DOB VIOLATION - ACTIVE | 07/21/2006 |
| V* 072106A08AL03 | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106A0804AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106A0805AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106CO06AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V 030807LANDMK07-0392 | DOB VIOLATION - ACTIVE | 03/08/2007 |
| V* 072607E9011/209183 | DOB VIOLATION - RESOLVED | 07/26/2007 |
| V* 022210E9027/325633 | DOB VIOLATION - RESOLVED | 02/22/2010 |
| V* 100810VCAT101833 | DOB VIOLATION - DISMISSED | 10/08/2010 |



If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### DOB Violations

Premises: 15 EAST 63 STREET MANHATTAN

Page: 2

BIN: 1041020   Block: 1378   Lot: 12

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V 121311LBLVIO02213 | DOB VIOLATION - ACTIVE | 12/13/2011 |
| V 121311LBLVIO02214 | DOB VIOLATION - ACTIVE | 12/13/2011 |
| V* 121311EVCAT101315 | DOB VIOLATION - DISMISSED | 12/13/2011 |
| V 032812E9027/426501 | DOB VIOLATION - ACTIVE | 03/28/2012 |
| V 100112JVIOS00150 | DOB VIOLATION - ACTIVE | 10/01/2012 |
| V 030113LBLVIO01688 | DOB VIOLATION - ACTIVE | 03/01/2013 |
| V 030113LBLVIO01689 | DOB VIOLATION - ACTIVE | 03/01/2013 |
| V 033114JVIOS00067 | DOB VIOLATION - ACTIVE | 03/31/2014 |
| V 051514LBLVIO00314 | DOB VIOLATION - ACTIVE | 05/15/2014 |
| V 051514LBLVIO00315 | DOB VIOLATION - ACTIVE | 05/15/2014 |
| V 103114JVIOS00060 | DOB VIOLATION - ACTIVE | 10/31/2014 |
| V 030315LBLVIO01368 | DOB VIOLATION - ACTIVE | 03/03/2015 |
| V 030315LBLVIO01369 | DOB VIOLATION - ACTIVE | 03/03/2015 |
| V 061015JVIOS00061 | DOB VIOLATION - ACTIVE | 06/10/2015 |
| V 100115LBLVIO00490 | DOB VIOLATION - ACTIVE | 10/01/2015 |
| V 100115LBLVIO00491 | DOB VIOLATION - ACTIVE | 10/01/2015 |
| V 010317ACJ100037 | DOB VIOLATION - ACTIVE | 01/03/2017 |
| V 022417LBLVIO00530 | DOB VIOLATION - ACTIVE | 02/24/2017 |
| V 022417LBLVIO00531 | DOB VIOLATION - ACTIVE | 02/24/2017 |
| V 091517JVIOS00057 | DOB VIOLATION - ACTIVE | 09/15/2017 |



If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

To:     Marianne Nestor
        15 East 63rd Street
        New York, NY
        10021


Date:      March 8, 2007
Address:   15 East 63rd Street
Hist. Dist: Upper East Side
Block/Lot:  1378/12
Borough:   Manhattan

        Notice of violation No. 07/0392

Description of violation: Installation of ballustrade fence at rooftop without permit(s).

You are informed that the alteration made to the subject premises is in violation of the
Administrative Code, Section 25-305 which establishes that on an individual Landmark or within
a Historic District designated by the Landmarks Preservation Commission of the City of New
York no such work may be performed without prior issuance of a permit by the Landmarks
Preservation Commision.

You are directed, therefore, to apply to the Landmarks Preservation Commision to correct this
violation.                          (212) 669-7951
                        Contact: Violation Department



THIS VIOLATION CONSTITUTES A MISDEMEANOR PUNISHABLE BY FINE OR
IMPRISONMENT OR BOTH AND MAY ALSO LEAD TO THE INSTITUTION OF CIVIL
PROCEEDING AGAINST YOU, ADMINISTRATIVE CODE SECTION 25-317.



By:     _____
Title:  _____


cc:   Director of Preservation
      Councel

# R E D | V I S I ⊙ N |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

# Housing and Building Violation Search

**TITLE #:** TP127048

**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/13/2017

**ORDER ID:** 11291613

## PREMISES:

15 EAST 63 STREET

**STATE:** NY  **COUNTY:** NEW YORK

**BLOCK:** 1378  **LOT:** 12

A search of the records of the Department of Buildings and the Rent and Housing Maintenance Department of the City of New York was made on 12/13/2017. As of the date of posting, the following violations were reported pending:

### BUILDING DEPARTMENT

Violations:  30

NO COPY(IES) AVAILABLE FOR OPEN VIOLATIONS (SEE ATTACHED DOB PRINTOUT)

### RENT AND HOUSING MAINTENANCE DEPARTMENT

Violations:  5

THE VIOLATIONS INDICATED ON THIS REPORT MAY BE SUBJECT TO FINES AND/OR PENALTIES.

### BUILDING CLASSIFICATION

MD

☑ Multiple Dwelling

☐ Not a Multiple Dwelling

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.


001700/001700

The selected address: 15 EAST 63 STREET, Manhattan 10065

This building has filed records with the <u>New York State Division of Housing and Community Renewal</u> at least one time from 1993 to the present year and may contain one or more regulated apartments.

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|------|-------|-------|-----|----|-------------|---------|---------|---------|-----------|---------------|-------|
| 14996 Active | 15-15 | 01378 | 0012 | 8 | 12200 | 5 | 7 | 0 | PVT | 124861 | G |

| Owner | Last Reg'tn / Registration Dt | Organization / Type / First Name / Last Name / Street No / St Name | Apt City | State Zip |
|-------|-------------------------------|------------------------------------------------------------------|----------|-----------|
| Head Officer | 08/28/2017 09/01/2018 | NESTOR PEGGY 15 E 63RD STREET | NEW YORK NY | 10021 |
| Officer | 08/28/2017 09/01/2018 | NESTOR MARIANNE 15 E 63RD STREET | NEW YORK NY | 10021 |
| Managing Agent | 08/28/2017 09/01/2018 | NESTOR MARIANNE 15 E 63RD STREET | NEW YORK NY | 10021 |
| Joint Owner | 08/28/2017 09/01/2018 | NESTOR PEGGY 15 E. 63RD STREET | NY NY | 10065 |
| Joint Owner | 08/28/2017 09/01/2018 | NESTOR MARIANNE 15 E. 63RD ST | NY NY | 10065 |

**Open Violations - ALL DATES**
There are 5 Violations. Arranged by category:  A class: 0  B class: 5  C class: 0  I class: 0

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).

To sort the columns, click on their underlined headers below in the blue area.

| Apt Story | Reported Date / Inspected Date | Class | Order # | Violation ID / NOV Dtl / NOV ID | Violation Description | NOV Status / Status Date | Certify By Date / Actual Cert |
|-----------|-------------------------------|-------|---------|----------------------------------|----------------------|--------------------------|-------------------------------|
| 3B | 1984/02/09 2008/07/01 | B | 701 | 2523028 3361309 Reissued | d26-20.08,20.09 adm code provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations 3rd sty front apt 3b missing. , section " " | NOV LATE 2008/09/12 | 2008/08/19 2008/09/12 |
| Yards / Courts | 1984/08/01 2008/07/01 | B | 506 | 2523029 3361309 Reissued | d26-10.01 adm code replace with new the missing exterior light fixture at entrance door. | NOV LATE 2008/09/12 | 2008/08/19 2008/09/12 |
| | 1986/07/16 2008/07/01 | B | 495 | 2523030 3361309 Reissued | § 300, 301, 302, m/d law file plans and obtain a certificate of occupancy to legalize the following alteration or restore premises to prior legal condition apt used as interior decorator business office 1st sty south apt 2b. | NOV LATE 2008/09/12 | 2008/08/19 2008/09/12 |
| | 1987/08/13 2008/07/01 | B | 505 | 2523032 3361309 Reissued | § 27-2005 adm code replace with new the broken or defective painted sprinkler heads 2nd sty public hall at stairs. | NOV LATE 2008/09/12 | 2008/08/19 2008/09/12 |
| Yards / Courts | 1999/10/02 2007/09/10 | B | 686 | 2836296 3094559 Reissued | § 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following 200 watts minimum. | NOV SENT 2007/09/10 | 2007/10/29 |

To:     Marianne Nestor
        15 East 63rd Street
        New York, NY
        10021


Date:       March 8, 2007
Address:    15 East 63rd Street
Hist. Dist: Upper East Side
Block/Lot:  1378/12
Borough:    Manhattan

        Notice of violation No. 07/0392

Description of violation: **Installation of ballustrade fence at rooftop without permit(s).**

You are informed that the alteration made to the subject premises is in violation of the
Administrative Code, Section 25-305 which establishes that on an individual Landmark or within
a Historic District designated by the Landmarks Preservation Commission of the City of New
York no such work may be performed without prior issuance of a permit by the Landmarks
Preservation Commision.

You are directed, therefore, to apply to the Landmarks Preservation Commision to correct this
violation.                                          **(212) 669-7951**
                        Contact:  Violation Department



THIS VIOLATION CONSTITUTES A MISDEMEANOR PUNISHABLE BY FINE OR
IMPRISONMENT OR BOTH AND MAY ALSO LEAD TO THE INSTITUTION OF CIVIL
PROCEEDING AGAINST YOU, ADMINISTRATIVE CODE SECTION 25-317.



By:     _____
Title:  _____


cc:  Director of Preservation
     Councel

**Please Note:** This is a **SAMPLE COPY** of the violation(s) listed below. Individual copies of the said violation(s) are not available.

Department of Buildings
Boiler Division
280 Broadway, 4th Floor
New York, NY 10007

## NOTICE OF VIOLATION of LOCAL LAW 62/91

**DEAR BUILDING OWNER:**

YOU ARE HEREBY NOTIFIED THAT THERE EXISTS A VIOLATION(S) IN THE SUBJECT PREMISES AS DESCRIBED BELOW. YOU ARE HEREBY DIRECTED TO REMOVE THIS VIOLATION(S).

Location: 15 EAST 63 STREET                    Borough: MAN

AKA (if any): _____

**Description of Violation:** In accordance with Local Law 62/91, owners of commercial building(s) with six or more units (apartments) are required to have their boilers inspected annually and submit an inspection report to the Department of Buildings with a filing fee of $30.00 per boiler. The report must be filed on forms supplied by the Department of Buildings within 30 days of the inspection date prior to December 31st of each calendar year from 1992 to 2009. Failure to file may subject the owner to a civil penalty of $500/$1500 in accordance with Section 26-125 of the Administrative Code. Violations starting in 2010 will carry a fine of $1000 per boiler violation.

Remedy: The following NYC licenses are qualified to perform the inspection regardless of fuel type:
1. HIGH PRESURE BOILER OPERATORS
2. OIL BURNER EQUIPTMENT INSTALLERS
3. NYC AUTHORIZED INSURANCE COMPANIES
4. NYC LICENSED MASTER PLUMBER

This filing with the Department of Buildings supersedes and replaces the Heating Plant Self-Inspection Certification formerly required by the Department of Housing Preservation & Development, Division of Code Enforcement.

The following are open violations:

1. 022701LL629104140
2. 022701LL629104141
3. 121311LBLVIO02213
4. 121311LBLVIO02214
5. 030113LBLVIO01688
6. 030113LBLVIO01689
7. 051514LBLVIO00314
8. 051514LBLVIO00315
9. 030315LBLVIO01368
10. 030315LBLVIO01369
11. 100115LBLVIO00490
12. 100115LBLVIO00491

**\*\* BRIBERY IS A CRIME PUNISHABLE BY IMPRISONMENT AND/OR FINE. \*\***

LL62/91

**Please Note:** This is a SAMPLE COPY of the violation(s) listed below. Individual copies of the said violation(s) are not available.

Department of Buildings
Boiler Division
280 Broadway, 4th Floor
New York, NY 10007

### NOTICE OF VIOLATION of LOCAL LAW 62/91

**DEAR BUILDING OWNER:**

YOU ARE HEREBY NOTIFIED THAT THERE EXISTS A VIOLATION(S) IN THE SUBJECT PREMISES AS DESCRIBED BELOW. YOU ARE HEREBY DIRECTED TO REMOVE THIS VIOLATION(S).

Location: 15 EAST 63 STREET     Borough: MAN

AKA (if any): _____

**Description of Violation:** In accordance with Local Law 62/91, owners of commercial building(s) with six or more units (apartments) are required to have their boilers inspected annually and submit an inspection report to the Department of Buildings with a filing fee of $30.00 per boiler. The report must be filed on forms supplied by the Department of Buildings within 30 days of the inspection date prior to December 31st of each calendar year from 1992 to 2009. Failure to file may subject the owner to a civil penalty of $500/$1500 in accordance with Section 26-125 of the Administrative Code. Violations starting in 2010 will carry a fine of $1000 per boiler violation.

**Remedy:** The following NYC licenses are qualified to perform the inspection regardless of fuel type:
1. HIGH PRESURE BOILER OPERATORS
2. OIL BURNER EQUIPTMENT INSTALLERS
3. NYC AUTHORIZED INSURANCE COMPANIES
4. NYC LICENSED MASTER PLUMBER

This filing with the Department of Buildings supersedes and replaces the Heating Plant Self-Inspection Certification formerly required by the Department of Housing Preservation & Development, Division of Code Enforcement.

The following are open violations:

1. 022417LBLVIO00530
2. 022417LBLVIO00531
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 

**\*\* BRIBERY IS A CRIME PUNISHABLE BY IMPRISONMENT AND/OR FINE. \*\***

LL62/91





# Buildings

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

BIN: <u>1041020</u>   Block: 1378   Lot: 12

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10021

Community Board: 108

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 38069016R

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: CERTIFICATE DISAPPROVED

Hearing Status: IN VIOLATION

## Respondent Information

Name:                   PEGGS AND MARY ANN NAS

Mailing Address:    15 EAST 63 STREET , NY , NY 10021

## Violation Details

| Violation Date: | 01/07/1998 | Violation Type: | ELEVATOR |
|---|---|---|---|
| Served Date: | 01/07/1998 | Inspection Unit: | |
| Device Type: | ELEVATOR | | |
| Device Number: | <u>1P21258</u> | | |

| Infraction Codes | | Section of Law | Standard Description |
|---|---|---|---|
| BP7 | 27-987 | | FAILURE TO MAINTAIN ELEVATOR |

Specific Violation Condition(s) and Remedy:

15E,05E,37F,10A,75B,31D,03F, 15-REPAIR HATCH DOORS 05-REPAIR GATE 37-ADJ. FLOOR STOPS 75-PERFORM 5 YEAR TEST 31-COVER EXPOSED WIRING IN SHAFT 03-ELIMINATE RUBBING NOISE UNDER CAR.

Issuing Inspector ID:       0825

Issued as Aggravated Level:  NO

DOB Violation Number: 010798E5Y825A2

## Dept. of Buildings Compliance History and Events

Certification Status:      CERTIFICATE DISAPPROVED                        Compliance On:

Certification Submission Date:          08/17/2011        Certification Disapproval Date: 08/17/2011

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time: 03/16/1998  8:30          Hearing Status:      IN VIOLATION

## ECB Penalty Information

| Penalty Imposed: | $180.00 | | |
|---|---|---|---|
| Adjustments: | $0.00 | Amount Paid: | $180.00 |
| Penalty Balance Due: | $0.00 | | |

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

 

**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

BIN: 1041020   Block: 1378   Lot: 12

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

Community Board: 108

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 34477273P

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: WRITTEN OFF

## Respondent Information

Name:   . MARINANNE AND PEGGY NESTO

Mailing Address:   15 EAST 63 STREET , NY , NY 10021

## Violation Details

| | | |
|---|---|---|
| Violation Date: | 06/08/2005 | Violation Type:   ZONING |
| Served Date: | 06/30/2005 | Inspection Unit:   MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| B61 | B61 - NO DESC | MISCELLANEOUS VIOLATIONS OF THE ZONING RESOLUTION |

Specific Violation Condition(s) and Remedy:

FAILURE TO COMPLY WITH HEIGHT REGULATIONS IN A R85 ZONING DISTRICT NOTE A LEGAL 75' MAXIMUM BUILDING HEIHGT HAS BEEN ILLEGALLY EXTENDED VERTICALLY TO AN APPROXIMATE HEIGHT OF 85' REMEDY:CONFORM WITH ZONING HEIG

Issuing Inspector ID:   1950

Issued as Aggravated Level:   NO

DOB Violation Number: 060805C08AL05

## Dept. of Buildings Compliance History and Events

Certification Status:   NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Hearing Status:   WRITTEN OFF

## ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $480.00 | | |
| Adjustments: | $-480.00 | Amount Paid: | $0.00 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 04/30/2007 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





# Buildings

NYC Department of Buildings

## ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

BIN: 1041020  Block: 1378  Lot: 12

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

Community Board: 108

## ECB Violation Summary

ECB Violation Number: 34400724J

**VIOLATION OPEN**

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: IN VIOLATION

## Respondent Information

Name: NESTOR MARIANNE

Mailing Address: 15 EAST 63 STREET , NEW YORK , NY 10021

## Violation Details

Violation Date: 07/21/2006

Served Date: 07/28/2006

Violation Type:

Inspection Unit: MANHATTAN CONSTRUCTION

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BV1 | 26-122 | FAILURE TO COMPLY WITH ORDER BY THE DOB |

Specific Violation Condition(s) and Remedy:

FAIL TO COMPLY W/DOB OBTAIN PERMIT FOR CONSTRUCT OF STRUCTURE APPROX80'L X 20'W X 10'H W/COPPER SHEETING COVER 1BEAM STRUCTURE & FOR HVACUSE(POSSIBLE) ROOF OF PREMISE. REMEDY:COMPLY W/ORDER OF DEPT.

Issuing Inspector ID: 1950

Issued as Aggravated Level: NO

DOB Violation Number: 072106C208AL02

## Dept. of Buildings Compliance History and Events

Certification Status: NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time: 01/10/2008 9:30

Hearing Status: IN VIOLATION

## ECB Penalty Information

Penalty Imposed: $1,500.00

Adjustments: $289.60

Penalty Balance Due: $0.00

Amount Paid: $1,789.60

Court Docket Date: 07/31/2008

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**Buildings**

NYC Department of Buildings

## ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

BIN: 1041020   Block: 1378  Lot: 12

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

Community Board: 108

## ECB Violation Summary

ECB Violation Number: 34400725L

**VIOLATION OPEN**

Severity: NON-HAZARDOUS

Penalty Balance Due: $0.00

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: IN VIOLATION

## Respondent Information

Name:   NESTOR MARIANNE

Mailing Address:   15 EAST 63 STREET , NEW YORK , NY 10021

## Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 07/21/2006 | Violation Type: | ADMINISTRATIVE |
| Served Date: | 07/28/2006 | Inspection Unit: | MANHATTAN CONSTRUCTION |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| BIA | 26-124(B) | FILE A FALSE CERTIFICATE,FORM,AFFIDAVIT,OR STATEMENT OF CORRECTION |

Specific Violation Condition(s) and Remedy:

FILE FALSE COFC W/DOB PURSUANT TO SECT 26.126.2. NOTE: RESPONDENT FILECOFC NOTE VIOL #34440995H 8/18/05. INSPECT ON 5/17/06 FOUND CONDCITE IN NOV #34400724J STILL EXIST.

Issuing Inspector ID:  1950

DOB Violation Number: 072106A08AL01

Issued as Aggravated Level:  NO

## Dept. of Buildings Compliance History and Events

Certification Status:     NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time: 01/10/2008 9:30     Hearing Status:     IN VIOLATION

## ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $2,500.00 | | |
| Adjustments: | $482.67 | Amount Paid: | $2,982.67 |
| Penalty Balance Due: | $0.00 | Court Docket Date: | 07/31/2008 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



# Buildings



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
### ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

BIN: 1041020   Block: 1378   Lot: 12

Community Board: 108

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 32086726H

Severity: CLASS - 2

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00

Hearing Status: IN VIOLATION

## Respondent Information

Name:                NESTOR MARIANNE

Mailing Address:     15 EAST 63 STREET , MANHATTAN , NY 10065

## Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 12/07/2016 | Violation Type: | BOILER |
| Served Date: | 12/07/2016 | Inspection Unit: | BOILER DIVISION |
| Device Type: | BOILER | | |
| Device Number: | 23081-01 | | |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 265 | 265 - UNKNOWN | |

Specific Violation Condition(s) and Remedy:

AS PER CLASS 2 (B265) SS-28-303.7, FAILURE TO FILE A COMPETE BOILER INSP REPORT AS PER DOB RECORDS. SUBMIT A CURRENT BO-9 REPORT & SUBMIT COF C.

Issuing Inspector ID:

DOB Violation Number: 120716B23081-01

Issued as Aggravated Level:  NO

## Dept. of Buildings Compliance History and Events

Certification Status:        NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time: 01/26/2017 8:30     Hearing Status:     IN VIOLATION

## ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $500.00 | | |
| Adjustments: | $0.00 | Amount Paid: | $500.00 |
| Penalty Balance Due: | $0.00 | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



**Buildings**



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
ECB Violation Details

Premises: 15 EAST 63 STREET MANHATTAN

Filed At: 15 EAST 63 STREET , MANHATTAN , NY 10065

BIN: 1041020   Block: 1378   Lot: 12

Community Board: 108

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 32086727J

Severity: CLASS - 2

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00

Hearing Status: IN VIOLATION

## Respondent Information

Name: NESTOR MARIANNE

Mailing Address: 15 EAST 63 STREET , MANHATTAN , NY 10065

## Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 12/07/2016 | Violation Type: | BOILER |
| Served Date: | 12/07/2016 | Inspection Unit: | BOILER DIVISION |
| Device Type: | BOILER | | |
| Device Number: | 23081-02 | | |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 265 | 265 - UNKNOWN | |

Specific Violation Condition(s) and Remedy:

AS PER CLASS 2 (B265) SS-28-303.7, FAILURE TO FILE A COMPLETE BOILER INSP REPORT AS PER DOB RECORDS, SUBMIT A CURRENT BO-9 REPORT & SUBMIT C OF C.

Issuing Inspector ID:

DOB Violation Number: 120716B23081-02

Issued as Aggravated Level: NO

## Dept. of Buildings Compliance History and Events

Certification Status:   NO COMPLIANCE RECORDED

Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time: 01/26/2017 8:30      Hearing Status:      IN VIOLATION

## ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $500.00 | | |
| Adjustments: | $0.00 | Amount Paid: | $500.00 |
| Penalty Balance Due: | $0.00 | | |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings
## DOB Violations

Premises: 15 EAST 63 STREET MANHATTAN

BIN: <u>1041020</u>  Block: 1378  Lot: 12

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V* 101582E1448E2 | DOB VIOLATION - DISMISSED | 10/15/1982 |
| DISMISSAL DATE: 08/08/1983 | | |
| V* 012584E1426-8-2 | DOB VIOLATION - DISMISSED | 01/25/1984 |
| DISMISSAL DATE: 05/07/1987 | | |
| V* 051884CBJT1 | DOB VIOLATION - DISMISSED | 05/18/1984 |
| DISMISSAL DATE: 03/03/1987 | | |
| V* 062584E144783 | DOB VIOLATION - DISMISSED | 06/25/1984 |
| DISMISSAL DATE: 05/07/1987 | | |
| V* 071186E144781 | DOB VIOLATION - DISMISSED | 07/11/1986 |
| DISMISSAL DATE: 09/22/1986 | | |
| V* 100187LL16NRF02229 | DOB VIOLATION - DISMISSED | 00/00/1987 |
| DISMISSAL DATE: 02/27/1989 | | |
| V* 071387E130081 | DOB VIOLATION - DISMISSED | 07/13/1987 |
| DISMISSAL DATE: 09/03/1987 | | |
| V* 060788E11180503 | DOB VIOLATION - CLOSED | 00/00/1988 |
| CLOSURE DATE: 09/28/2011 | AGENCY LICENSE: JMA | |
| V* 082288E142908-03 | DOB VIOLATION - RESOLVED | 08/22/1988 |
| V 022701LL629104140 | DOB VIOLATION - ACTIVE | 02/27/2001 |
| V 022701LL629104141 | DOB VIOLATION - ACTIVE | 02/27/2001 |
| V* 061901E9444/139109 | DOB VIOLATION - RESOLVED | 06/19/2001 |
| V* 042104LL108101100 | DOB VIOLATION - DISMISSED | 04/21/2004 |
| V* 121504LANDMK05-0315 | DOB VIOLATION - DISMISSED | 12/15/2004 |
| V* 071206E9011/166513 | DOB VIOLATION - RESOLVED | 07/12/2006 |
| V 072106A0801AL | DOB VIOLATION - ACTIVE | 07/21/2006 |
| V 072106A08AL02 | DOB VIOLATION - ACTIVE | 07/21/2006 |
| V* 072106A08AL03 | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106A0804AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106A0805AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V* 072106CO06AL | DOB VIOLATION - DISMISSED | 07/21/2006 |
| V 030807LANDMK07-0392 | DOB VIOLATION - ACTIVE | 03/08/2007 |
| V* 072607E9011/209183 | DOB VIOLATION - RESOLVED | 07/26/2007 |
| V* 022210E9027/325633 | DOB VIOLATION - RESOLVED | 02/22/2010 |
| V* 100810VCAT101833 | DOB VIOLATION - DISMISSED | 10/08/2010 |







NYC Department of Buildings

## DOB Violations

Premises: 15 EAST 63 STREET MANHATTAN

BIN: 1041020   Block: 1378   Lot: 12

| NUMBER | TYPE | FILE DATE |
|---|---|---|
| V 121311LBLVIO02213 | DOB VIOLATION - ACTIVE | 12/13/2011 |
| V 121311LBLVIO02214 | DOB VIOLATION - ACTIVE | 12/13/2011 |
| V* 121311EVCAT101315 | DOB VIOLATION - DISMISSED | 12/13/2011 |
| V 032812E9027/426501 | DOB VIOLATION - ACTIVE | 03/28/2012 |
| V 100112JVIOS00150 | DOB VIOLATION - ACTIVE | 10/01/2012 |
| V 030113LBLVIO01688 | DOB VIOLATION - ACTIVE | 03/01/2013 |
| V 030113LBLVIO01689 | DOB VIOLATION - ACTIVE | 03/01/2013 |
| V 033114JVIOS00067 | DOB VIOLATION - ACTIVE | 03/31/2014 |
| V 051514LBLVIO00314 | DOB VIOLATION - ACTIVE | 05/15/2014 |
| V 051514LBLVIO00315 | DOB VIOLATION - ACTIVE | 05/15/2014 |
| V 103114JVIOS00060 | DOB VIOLATION - ACTIVE | 10/31/2014 |
| V 030315LBLVIO01368 | DOB VIOLATION - ACTIVE | 03/03/2015 |
| V 030315LBLVIO01369 | DOB VIOLATION - ACTIVE | 03/03/2015 |
| V 061015JVIOS00061 | DOB VIOLATION - ACTIVE | 06/10/2015 |
| V 100115LBLVIO00490 | DOB VIOLATION - ACTIVE | 10/01/2015 |
| V 100115LBLVIO00491 | DOB VIOLATION - ACTIVE | 10/01/2015 |
| V 010317ACJ100037 | DOB VIOLATION - ACTIVE | 01/03/2017 |
| V 022417LBLVIO00530 | DOB VIOLATION - ACTIVE | 02/24/2017 |
| V 022417LBLVIO00531 | DOB VIOLATION - ACTIVE | 02/24/2017 |
| V 091517JVIOS00057 | DOB VIOLATION - ACTIVE | 09/15/2017 |

**Previous**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

# R E D | V I S I O |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

## Certificate of Occupancy Search

**TITLE #:** TP127048
**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/13/2017
**ORDER ID:** 11291613

## PREMISES:

15 EAST 63 STREET

**State:** NY **County:** NEW YORK

**Block:** 1378 **Lot:** 12

A search of the Building Department records in reference to the above mentioned premises has revealed the following information:

Certificate of Occupancy #90674 issued on 7/28/1987 FOR A MEZZANINE AND FIVE STORY NON-FIREPROOF BUILDING; SEVEN APARTMENTS.

Building Department records indicate that the following plan(s) have been indexed/filed against the above premises: ALT#874/1989 (NO RECORDS FOUND AS PER CITY PERSONNEL)

Building Permit ALT#103169358 **Approved** 9/1/2004 FILED FOR BIZ APP NUMBER. APPROVED UNDER ALT#874/1989. COMBINE SECOND FLOOR APARTMENTS INTO PART OF TRIPLEX WITH FIRST, SECOND AND MEZZANINE FLOORS. ENLARGE REAR OF CELLAR IN CONJUNCTION WITH TRIPLEX APARTMENT.

New Certificate of Occupancy is Required.

Not Signed-Off.

The above information was abstracted from computer records. The actual plans were not found.

THE PURPOSE OF THIS SERVICE IS TO PROVIDE THE LATEST CERTIFICATE OF OCCUPANCY ON FILE. THE SERVICE MAY NOT INCLUDE THE REPORTING OF MINOR APPLICATIONS WHICH MAY BE INDEXED AGAINST THE ABOVE BLOCK AND LOT BUT DO NOT REQUIRE A NEW CERTIFICATE OF OCCUPANCY OR APPLICATIONS OF ANY KIND THAT ARE INCOMPLETE

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

THE CITY OF NEW YORK



# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

AMENDED                                      90674

BOROUGH MANHATTAN            DATE JUL 28 1961        NO.

ZONING DISTRICT R-8

This certificate CANCELS C.O. No. 40267
THIS CERTIFIES that the new _altered_ existing building premises located at Block 1378 Lot 12
13 East 63rd Street
CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE
LAWS, RULES AND REGULATIONS FOR THE USE AND OCCUPANCY SPECIFIED HEREIN.

PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | NO OF PERSONS OF EACH SEX | ZONING DWELLING OR ROOMING UNITS | NO OF ROOMS AND/OR FAMILIES | ZONING USE GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|
| Sub-cellar | on ground | | | | | H.Y. Steam plant and storage |
| Cellar | 75 | | | | | Storage |
| 1st story | 75 | | 3 | 2 | | one third (1/3) apartment |
| 2nd story | 40 | | 3 | 2 | | one (1) apartment and one third (1/3) apartment |
| Mezzanine | | | 1 | 2 | | one third (1/3) apartment |
| 3rd & 4th | 40 ea. | | 4 | 2 | | two (2) apartments on each story |
| 5th | 40 | 1 | 5 | 2 | J-2 | one (1) apartment on 5th story |

Sprinkler System approved by
Fire Department April 4, 1929

Class "A" Converted Dwelling

OPEN SPACE USES _____ (SPECIFY - PARKING SPACES LOADING BERTHS, OTHER USES, NONE.)

NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_____                          _____
BOROUGH SUPERINTENDENT                           (COMMISSIONER)

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

R E D |V I S I⊙N|

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

# Emergency Repairs Violation Search

**TITLE #:** TP127048
**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/13/2017
**ORDER ID:** 11291613

## PREMISES:

15 EAST 63 STREET

**State:** NY **County:** NEW YORK

**Block:** 1378 **Lot:** 12

## Lien Book Records:

A review of the latest printed Lien Book dated 8/7/2017 reveals no outstanding emergency repair monies due.

## Work in Progress:

No emergency repairs have been given out at the above captioned premises subsequent to the above lien book date.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS.THE SERVICES ARE PROVIDED 'AS IS' WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

# R E D | V I S I ⦿ N |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

**SUPER:**

**ORDER ID#:** 11291613

---

## RECORD SEARCH REQUEST

OF THE

### FIRE DEPARTMENT OF THE CITY OF NEW YORK

DIVISION OF FIRE PREVENTION

---

**DATE:** <u>12/13/2017</u>

15 EAST 63 STREET

**TITLE NO:** <u>TLTPRO  TP127048</u>

State: NY; County: NEW YORK

---

### Address

☑ 1. Record of existing Fire Department Violations _____

☐ 2. Record of Permit for _____

☐ 3. Other _____

---

### DO NOT WRITE BELOW THIS LINE

---

Gentlemen:

In reply to your request concerning the premises mentioned above, please be advised that as of 9 A.M.,  the records show the following:      # NO VIOLATIONS

THIS REPORT IS SUBMITTED FOR INFORMATION PURPOSES ONLY. LIABILITY IS LIMITED TO ERRORS AND OMISSIONS OF INFORMATION PROPERLY INDEXED, FILED AND RECORDED WITH THE ABOVE GOVERNMENTAL AGENCIES.

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS OF THE BUREAU OF FIRE PREVENTION AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS. THE SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE. THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES.

001600/001600

R E D | V I S I ⊙ N |

585 Stewart Avenue, Suite L-50, Garden City, N.Y. 11530
T. 516.663.0600 F. 516.663.0650

# Street Report

**TITLE #:** TP127048

**PREPARED FOR:** TITLEPRO AGENCY, LLC (TLTPRO)

**DATE:** 12/13/2017

**ORDER ID:** 11291613

## PREMISES 2:

15 EAST 63 STREET

**State:** NY **County:** NEW YORK

**Block:** 1378 **Lot:** 12

---

### A search of the Topographical Department shows the following results:

Street width:   EAST 63 STREET MAPPED AT 60' OPEN 11/09/1865 TO THE FULL WIDTH

Cross street:   MADISON AVENUE MAPPED AT 80' OPEN 11/14/1863 TO THE FULL WIDTH

PARK AVENUE MAPPED AT 140' OPEN 10/29/1853 TO THE FULL WIDTH

IMPORTANT NOTICE ABOUT SEARCH INFORMATION HEREIN

REDVISION SYSTEMS, INC. DISCLAIMS ANY AND ALL LIABILITY TO ANY PERSON OR ENTITY FOR THE PROPER PERFORMANCE OF SERVICES RELECTING THE CONDITION OF TITLE TO REAL PROPERTY. THIS SEARCH WAS COMPILED FROM PUBLIC RECORDS MADE AVAILABLE FROM VARIOUS COUNTY AND MUNICIPAL OFFICES, AGENCIES AND DEPARTMENTS.THE SERVICES ARE PROVIDED 'AS IS' WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES BASED ON COURSE OF DEALING OR USAGE IN TRADE OR ERRORS OR OMISSIONS RESULTING FROM NEGLIGENCE, MIS-INDEXING, MIS-POSTING OR ITEMS THAT ARE AFTER THE EFFECTIVE DATE OF THE SEARCH. THIS IS NOT AN INSURED SERVICE THIS DISCLAIMER SUPERSEDES ALL PRIOR AND CONTEMPORANEOUS UNDERSTANDINGS. THE SERVICES ARE EXCLUSIVELY FOR TITLEPRO AGENCY, LLC AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES

# No match found

<table>
<tr><td colspan="4" align="center"><b>PACER Service Center</b></td></tr>
<tr><td colspan="4" align="center">Transaction Receipt</td></tr>
<tr><td colspan="4" align="center">12/13/2017 12:03:42</td></tr>
<tr><td>PACER Login:</td><td>TA1108:3046375:0</td><td>Client Code:</td><td></td></tr>
<tr><td>Description:</td><td>Search</td><td>Search Criteria:</td><td>LName: NESTOR FName: MARIANNE</td></tr>
<tr><td>Billable Pages:</td><td>1</td><td>Cost:</td><td>0.10</td></tr>
</table>

# No match found

<table>
<tr><td colspan="4" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="4" align="center">Transaction Receipt</td></tr>
<tr><td colspan="4" align="center">12/13/2017 12:03:55</td></tr>
<tr><td>PACER Login:</td><td>TA1108:3046375:0</td><td>Client Code:</td><td></td></tr>
<tr><td>Description:</td><td>Search</td><td>Search Criteria:</td><td>LName: NESTOR<br>FName: PEGGY</td></tr>
<tr><td>Billable Pages:</td><td>1</td><td>Cost:</td><td>0.10</td></tr>
</table>

 **First American**
**Title Insurance Company**

## Requesting Site: AgentNet

Search Date: 12/13/2017

THE FOLLOWING IS THE SEARCH RESULT FOR THE NAME(S) AS THEY
APPEAR ON THE U.S. DEPT. OF THE TREASURY LIST OF SPECIALLY
DESIGNATED NATIONALS AND BLOCKED PERSONS.

For reference, please visit the US Dept of Treasury webpage:
http://www.treas.gov/offices/enforcement/ofac/sdn/index.shtml

| NAMES | STATUS | HITS |
|---|---|---|
| MARIANNE NESTOR | NO MATCH | |
| PEGGY NESTOR | NO MATCH | |

IMPORTANT NOTICE: First American provides this information to you as a courtesy to assist agents with their legal obligations to comply
with the regulations and mandates administered by the Office of Foreign Assets Control, a division of the US Department of Treasury ("OFAC").
The only names run against the sanctions lists maintained by OFAC are those entered into AgentNet. If there are other parties associated with the
transaction that are not entered into AgentNet, the OFAC laws and regulations may still require such party to be searched and/or cleared. In the
event that a name is modified after the date such name was first provided to First American or searched by agent, including the mere inclusion of
a middle name or initial, this change may trigger a requirement to research and clear that party name. For additional guidance on this subject, see:
https://www.treasury.gov/resource-center/faqs/Sanctions/Pages/faq_compliance.aspx. Compliance with OFAC laws and regulations is the sole and
exclusive responsibility of agent and First American assumes no responsibility or liability for agents' compliance with OFAC laws and
regulations by virtue of the information provided. First American expressly disclaims any representations or warranties that the information
provided herein will satisfy any statutory or regulatory obligations, or will guarantee or otherwise ensure compliance with any applicable laws or
regulations, including but not limited to those mandated by OFAC, or other federal or state statutes or regulations.

This report is generated solely for the use of TitlePro Agency, LLC.

# REFINANCE AFFIDAVIT

STATE OF NEW YORK
County of

1. I am/we are the grantor/grantee/mortgagor in the deed/mortgage conveying/mortgaging title to the property described in the above numbered report.
2. That I am/we are the grantor herein and am/are not a foreign-alien person.
3. There are presently _____ tenants in said premises.
   [ ] Each of said tenants either (1) is in possession under a lease containing a standard subordination clause fully and unconditionally subordinating said lease to all existing and future mortgages, or (2) is a statutory tenant; or
   [ ] Said premises is a one family dwelling wholly occupied by me and my immediate family with no other persons in possession and no outstanding leases. All persons in possession are in possession as tenants only. There are no options to purchase or rights of first refusal either pursuant to written leases or by separate agreement.
4. That I am/we are the same person named as grantee in the deed recorded in Liber/Reel _____ page _____.
5. I/we have not been known by any other name for the past ten (10) years except _____ and there are no judgments, environmental control board judgments, parking violations bureau judgments, any other special municipal judgments, Federal or State liens or warrants against me, and any and/or all of the foregoing appearing in the above captioned report of title are not against your deponent, but against a party of the same or similar name and that I have never resided, worked or done business at any of the addresses stated in said report.
   [ ] The judgments and/or liens returned herein are not against the deponent but someone of a similar name.
6. That no work has been done upon the premises that may result or has resulted in the filing of a mechanics lien within the permissible period for filing.
7. That there are no street vaults, openings under the sidewalk, sidewalk notices and/or assessments regarding the repair or installation of sidewalks or curbs.
8. That all water charges are paid and current, and if not, I/we agree to pay same promptly and hold harmless and indemnify the title company for omitting same.
9. [ ] That there is no real estate tax exemption or abatement.
   [ ] That the grantor herein is the party entitled to the tax exemption, to wit: a _____ exemption or abatement.
10. No proceedings in bankruptcy have ever been instituted by or against me nor have ever made an assignment of rents of said premises or an assignment for the benefit of creditors.
    That I/we make this affidavit to induce the above noted title/abstract company to insure title to the above captioned property, knowing they will rely upon the foregoing statements and that this affidavit is made under penalties for perjury.
11. No other valid Contract of Sale for the within described premises other than the one executed between the sellers and buyers herein.
12. There have not been any disputes with any neighbors with respect to the location of the property lines of said premises.
13. Tax Search does not indicate any meters servicing the premises.
    [ ] There is no meter currently servicing the premises described herein.
    [ ] There is a meter servicing the premises described herein. Meter # _____. Deponent has not received any notices concerning outstanding water and/or sewer charges.
    [ ] Property is serviced by a well.
14. That said property is encumbered with that certain mortgage between _____ and _____ in the amount of _____ dated _____ and recorded _____ in.Reel _____, at Page _____.
    That deponent has not made any payments or said mortgage or the obligation thereunder, that not demand has been made for payment thereunder by the mortgagee or anyone on their behalf and no action has been threatened or commenced to foreclose the mortgage or to collect the mortgage debt.

(continued)

# REFINANCE AFFIDAVIT

That if _____ is required to obtain a duplicate satisfaction and record same that deponent will pay for the duplicate satisfaction, if necessary, and for the recording of same up to a cost not to exceed $150.00.

That I have executed a mortgage to _____, dated _____ securing the original principal sum of _____ to be recorded in the _____ County Clerk's Office and that I now make this affidavit to induce _____ to disburse the mortgage proceeds of said mortgage loan.

15. That if the amount requested to pay off any existing debts is insufficient, I/we agree to immediately pay any additional funds necessary to satisfy the debt.

16. I/We hereby agree to indemnify TitlePro Agency, LLC and First American Title Insurance Company harmless or any loss or damage that may arise by insuring against the enforced removal of any projections or encroachments.

17. I/We make this Affidavit to induce TitlePro Agency, LLC and First American Title Insurance Company to issue its policy of Title Insurance.

18. I/We hereby agree to indemnify TitlePro Agency, LLC and First American Title Insurance Company for all loss, cost or damage which it may sustain as a result of any statements in this affidavit being false or fraudulent.

19. That there are no judgments against the undersigned, or actions commenced against the property, in any state or federal court, not disclosed in the title report.

_____

_____

Subscribed and Sworn before me this _____ day of _____ 20 _____

_____

TitlePro Agency, LLC
2900 Westchester Avenue
Suite# 100
Purchase, NY 10577

# DISCLOSURE NOTICE FOR TITLE BILL

Reference: TP187276
15 EAST 63RD STREET
NEW YORK NY

Please be advised that the lender and other parties may have requested Title Agent to undertake and perform additional services which are not necessary services in connection with the issuance of the title policy. Such services include but are not limited to: obtaining copies of Building Permits and of the Certificate of Occupancy, conducting municipal and other departmental searches, conducting highway and street searches to determine whether access to the subject premises is over a public or private street, conducting Patriot searches, conducting bankruptcy searches and making survey and/or property inspections. Such additional services are not performed in connection with the issuance of the title policy and the issuance of the title policy is not dependent upon Title Agency performing such additional services.

_____
Title Agent

TitlePro Agency, LLC
2900 Westchester Avenue
Suite# 100
Purchase, NY  10577

# DISCLOSURE OF ADDITIONAL SERVICES
## NOTICE TO THE INSURED

Reference: TP187276
15 EAST 63RD STREET
NEW YORK NY

Please be advised that the lender and other parties may have requested Title Agent to undertake and perform additional services which are not necessary services in connection with the issuance of the title policy. Such services include but are not limited to: obtaining copies of Building Permits and of the Certificate of Occupancy, conducting municipal and other departmental searches, conducting highway and street searches to determine whether access to the subject premises is over a public or private street, conducting Patriot searches, conducting bankruptcy searches and making survey and/or property inspections. The charges for such services are reasonably related to the work performed and are not excessive. The issuance of the title policy is not dependent upon Title Agent performing such additional services.

_____
INSURED

_____
INSURED

TitlePro Agency, LLC
2900 Westchester Avenue
Suite# 100
Purchase, NY 10577

# TitlePro Agency, LLC

Agent for

## First American Title Insurance Company

## PRIVACY POLICY NOTICE

## PURPOSE OF THIS NOTICE

Title V of the Gramm-Leach-Bliley Act (GLBA) generally prohibits any financial institution, directly or through its affiliates, from sharing nonpublic personal information about you with a non affiliated third party unless the institution provides you with a notice of its privacy policies and practices, such as the type of information that it collects about you and the categories of persons or entities to whom it may be disclosed. In compliance with the GLBA, we are providing you with this document, which notifies you of the privacy policies and practices of TitlePro Agency, LLC agent for First American Title Insurance Company.

We may collect nonpublic personal information about you from the following sources.

- Information we received from you such as on applications or other forms.

- Information about your transactions we secure from our files, or from (our affiliates or) others.

- Information we receive from a consumer reporting agency.

- Information that we receive from others involved in your transaction, such as the real estate agent or lending.

Unless it is specifically stated otherwise in an amended privacy policy notice, no additional nonpublic personal information will be collected about you.

We may disclose any of the above information that we collect about our customers or former customers to our affiliates or to nonaffiliated companies third parties as permitted by law.

We may disclose this information about our customers or former customers to the following types of nonaffiliated companies that perform marketing services on our behalf or with whom we have joint marketing agreements:

- Financial service providers such as companies engaged in banking, consumer finance, securities and insurance.

- Non-financial companies such as envelope stuffers and other fulfillment service providers.

**WE DO NOT DISCLOSE ANY NONPUBLIC PERSONAL INFORMATION ABOUT YOU WITH ANYONE FOR ANY PURPOSE THAT IS NOT SPECIFICALLY PERMITTED BY LAW.**

We restrict access to nonpublic personal information about you to those employees who need to know that information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# CLOSING REQUIREMENTS

1.   CLOSING DATE: In order to facilitate the closing of title, please notify the closing department at least 48 hours prior to the closing, of the date and place of closing, so that searches may be continued.

2.   PROOF OF IDENTITY: Identity of all persons executing the papers delivered on the closing must be established to the satisfaction of the Company.

3.   POWER OF ATTORNEY: If any of the closing instruments are to be executed pursuant to a Power of Attorney, a copy of such Power should be submitted to the Company prior to closing. THE IDENTITY OF THE PRINCIPAL EXECUTING THE POWER AND THE CONTINUED EFFECTIVENESS OF THE POWER MUST BE ESTABLISHED TO THE SATISFACTION OF THE COMPANY. The Power must be in recordable form.

4.   CLOSING INSTRUMENTS: If any of the closing instruments will be other than commonly used forms or contain unusual provisions, the closing can be simplified and expedited by furnishing the Company with copies of the proposed documents in advance of closing.

5.   LIEN LAW CLAUSE: Deeds and mortgages must contain the covenant required by Section 13 of the Lien Law. The covenant is not required in deeds from referees or other persons appointed by a court for the sole purpose of selling property.

6.   REFERENCE TO SURVEYS AND MAPS: Closing instruments should make no reference to surveys or maps unless such surveys or maps are on file.

7.   INTERMEDIARY DEEDS: In the event an intermediary will come into title at closing, other than the ultimate insured, the name of such party must be furnished to the Company in advance of closing so that appropriate searches can be made and

# MISCELLANEOUS PROVISIONS

1.   This certificate is intended for lawyers only. Your lawyers should be consulted before taking any action based upon the contents hereof.

2.   The Company's closer may not act as legal advisor for any of the parties or draw legal instruments for them. The closer is permitted to be assistance only to an attorney.

3.   Our policy will except from coverage any state of facts which an accurate survey might show, unless survey coverage is ordered. When such coverage is ordered, this certificate will set forth the specific survey exceptions which we will include in our policy. Whenever the word "trim" is used in any survey exceptions from coverage, it shall be deemed to include, roof cornices, moldings, belt courses, water tables, keystones, pilasters, portico, balcony all of which project beyond the street line.

4.   Our examination of the title includes a search for any unexpired financing statements which affect fixtures and which have been properly filed and indexed pursuant to the Uniform Commercial Code in the office of the recording officer of the county in which the real property lies. No search has been made for other financing statements because we do not insure title to personal property. We will on request, in connection with the issuance of a title insurance policy, prepare such search for an additional charge. Our liability in connection with such search is limited to $1,000.00.

5.   This company must be notified immediately of the recording or the filing, after the date of this certificate, of any instrument and of the discharge or other disposition of any mortgage, judgment, lien or any other matter set forth in this certificate and of any change in the transaction to be insured or the parties thereto. The continuation will not otherwise disclose the disposition of any lien.

6.   If affirmative insurance is desired regarding any of the restrictive covenants with respect to new construction or alterations, please request such insurance in advance of closing as this request should not be considered at closing.

7.   If it is discovered that there is additional property or an appurtenant easement for which insurance is desired, please contact the Company in advance of closing so that an appropriate title search may be made. In some cases, our rate manual provides for an additional charge for such insurance.

## **NOTICE**

First American will collect fees to enable the recording of documents for this transaction. If it is thereafter determined that a Lender paid all or a portion of those recording fees, First American will promptly refund the amount paid by the Lender to the party from whom it was collected.



Infinite glamour at #olegcassiniweddings! #bridal

*100 ff furnitur – Office Showroom*

rent stabilized tenants



Marianne Nestor

15 East 63rd Street

New York New York

10065

FILED
U.S. BANKRUPTCY COURT

2026 MAR -9  P 12: 21

S.D.N.Y.

United States Bankruptcy Court

Southern District Of New York


x - - - - - - - - - - - - - - - - - - - x


Case No.

23-10627

(mew)

Re: Peggy Nestor


x - - - - - - - - - - - - - - - - - - - x


March 9, 2026

Honorable Michael Wiles

United States Bankruptcy Court

One Bowling Green

New York New York

10004

Your Honor Judge Wiles:

Regarding the attachment and transcript of judgement placed on my building - 15 East 63rd Street by the attorney for the Public Administrator, namely Kenneth Mahon, for Jeffrey De Luca November 5, 2015. Exhibit One page 2, paragraph 7 clearly states that it is invalid, having been vacated by the November 24, 2015 order of Judge McCarty, Order 31172 11:25/15 File no. 343100/O exhibit two, over ruling a prior order dated November 5, 2015.

The 11/05/2015 order was overruled by the November 24, 2015 Order of Judge McCarty . Exhibit Two

On November 27, 2015, Mr. Mahon filed a transcript of judgement of $1,046,214.59 twice for a total of $2,092,528.28, in contempt of the November 24, 2015 order of Judge McCarty.

I thank the court for taking notice of the incorrect filing of the Mahon Firm.

Jeffrey DeLuca retired after an audit, in 2018.

Respectfully submitted,

Marianne Nestor

Business Manager

Co- owner

15 East 63rd Street

New York New York

10065

Cc: Daniel Rudewicz
USTrustee

Exhibit One

# MARIANNE CASSINI

Jeffrey De Luca
Public Administrator Nassau County
240 Old Country Road Room 603
Mineola, New York 11571
Phone 516 571 5911
Reference: Oleg Cassini/Marianne Cassini

Via Federal Express & First Class Mail                    April 11, 2016

Dear Mr. Public Administrator, Jeffrey De Luca:

My name is Marianne Cassini, and I am the wife of Oleg Cassini for more than 30 years.
My Husband, Oleg and I have paid millions of dollars in taxes to Nassau County since 1978.

I called your office several times to speak with you, leaving my cell phone number.

Apparently, you did not think it important or relevant to take or return my call. No one from
your office returned my call, as well, which would have been basic courtesy.

The person answering the phone at your office number, advised to call the lawyer and the law
firm representing the Public Administrator of Nassau County, namely a Mr. Richard Kerins of
Mahon Mahon Kerins & O'Brien.

The aforementioned law firm is the cause of this letter and aforementioned telephone calls.
The subjects are discrimination, extortion, suborning bribery and incorrect filing of legal
papers.

To start at the top -

(a) Discrimination - Mr. Kerins referred to me and my sister - Oleg's wife and sister in law as
"two broads" - a number of times, in the hallways of the Courthouse (Surrogate), and said he
was going to "sell my homes and property".

I am not a "broad" in the vernacular of your attorney, Mr. Kerins, nor is my sister.

This denigration of females, and threatening behavior should not be tolerated in Nassau
or any County in the USA. This was documented in correspondence with former Surrogate
McCarty which is in the Court Records. A meeting was held by the Surrogate 11/25/14 reference
the matter and the Surrogate remonstrated against this behavior. Mr. Kerins stated that he knew
the former Surrogate, (J. McCarty), and was a friend of his for 35 years.

313 McCouns Lane  |  Oyster Bay Cove, NY 11771

(b) Mr. Kenneth Mahon, of the same firm, picked up the ball from Mr. Kerins, as the representative of the Public Administrator of Nassau County, and made two (2) attempts at extortion, of which I have personal knowledge , as follows.

(i) The first was in the Library of the Courthouse (Surrogate) at a meeting arranged by Eugene Shifrin, a court attorney, who became involved end of 2013, and apparently orchestrated having a public administrator, which is peculiar and not customary with a living wife of decades, and many wills, all saying the same thing. Mr. Shifrin posts on the internet that he drafted the decisions. See Google - Eugene Shifrin. The meeting was set up and commenced by Mr. Shifrin who left, prior to Mr. Mahon's extortion speech. Kenneth Mahon, your attorney, was demanding $1, million plus dollars to "carve his firm out of the case". This is a prima facie example of extortion and suborning bribery. No bribe or monies were paid by me.

There were several witnesses to Mr. Mahon's attempt at extortion in the Library that day.

(ii) On July 15, 2015, in the hallway of the Courthouse, Mr. Mahon demanded $100K (as your representative) for a 3 week postponement regarding a routine motion. That request, which was later reduced that same day to $25K was made to my attorney J. Vincent Reppert. My sister, Peggy Nestor was there as well and heard Mr. Mahon. Everything is recorded and documented. The reduction of the sum demanded, was, as per Mr. Mahon, after he spoke with his client, the Public Administrator. Accordingly, Mr. Mahon was suborning bribery. No bribe was made by me.

When I last saw Mr. Mahon in the hallway of the Courthouse - March 3, 2016 - (Wednesday roll call), he confirmed that he had spoken with you, his client, regarding his demands of July 15, 2015.

Recently, I have learned that Mr. Mahon had improperly placed a lein on a property that is owned jointly by me and my sister, Peggy Nestor since 1984, the "alleged two broads", as referred to by your lawyer, Richard Kerins - Exhibit A.

The same lein for $1,046,214.59 was placed two (2) times by your attorney's, Mahon Mahon Kerins & O'Brien. This placement of a lein is palpably improper and wrong. There is no judgment against Marianne Cassini, Marianne Nestor Cassini, or Marianne Nestor.

Despite a clear directive from the Court - and order of former Surrogate Edward W. McCarty III dated November 24, 2015, Order #31172 11/24/15 File no: 343100/O, over ruling a prior order dated November 5, 2015, the Public Administrator, by his attorney, Kenneth Mahon, took a 11/05/15 order, which was overruled by the 11/24/15 order and filed on November 27, 2015, a Transcript of Judgment for $1,046,214.59, and filed it twice, total, $2,092,428.18.

313 McCouns Lane | Oyster Bay Cove, NY 11771

The Transcript of Judgment was recorded (twice) as a lein against a property belonging to me and my sister. A copy of the Judgment lein search confirming the filing of the Transcript of Judgment is attached as Exhibit A.

What is indeed curious is the fact that Mr. Mahon, attorney for the Public Administrator, failed to take notice or ignored the decision of the Court, (J. Edward W. McCarty III) of November 24, 2015, and went ahead with filing a transcript of Judgment, 3 days after the Court's decision of November 24, 2014, (Decision 31172 - File no: 343100/O) recording a lein of $1,046,214.59 twice (two times) or: $2,092,408.18 on property owned by Peggy Nestor and me, on November 27, 2015.

Accordingly, since the Transcript of Judgment was obtained from an order (dated November 5, 2015) that was later overruled and revised by a subsequent Court order (dated November 24, 2015), the Judgments and leins filed by Kenneth P. Mahon, attorney for the Public Administrator, must be vacated entirely, and immediately. There is no authority for these leins.

Mr. Mahon's actions are wrong and I believe illegal. Either it is a mistake, or it is malicious, and sloppy from a greedy extortionist. It is certainly incorrect and was done in a sneaky and devious manner, as I found out about Mr. Mahon's actions by accident. He did not advise me or counsel. There was no notification and in fact these leins on my sister and my property were discovered and uncovered by accident.

It is shocking that your office should even be involved with a fraudulent time barred claim, (California Law on which the Christina Tierney Granata Belmont (aka Christina Cassini) claim is based).

The Statute of Limitations under California Law is one year or 10 years. The claim of an "alleged daughter", if ever valid, expired decades ago, or 1963. If not blood, it is what is in the Will which has been satisfied.

It does beg the question, why a Public Administrator should be involved, when there is a living Wife of decades and wills stating Oleg's wishes, signed by him, all the same more or less, which have been and are in the Court records. Something is very strange here and illogical.

I thought to write or speak with you prior to filing a motion, or any notoriety, on these subjects as it would be common courtesy, to you and respectful to your office.

This whole situation reads like an article in Newsday re: discrimination, extortion, and greed in Nassau County, based on a fraudulent time barred claim, which is being pushed by contingency attorneys, also using your clout and office as Public Administrator, to further their goals. Contingency in property matters, or marital is illegal, and not permitted.

313 McCouns Lane | Oyster Bay Cove, NY 11771

Mr. Public Administrator, it is imperative that these two incorrect leins for $2,092,428.18,  be removed immediately.   I would like an apology, as well, rendered to me for the shakedown, and incorrect leins filed, either by incompetency or malicious actions of the Public Administrator's hired guns, (lawyers) which would be appropriate.   My sister, co-owner of the property in question, (which we have owned since 1984), is extremely upset by the unlawful actions of your lawyers, re: her property, as well as the damage to her reputation.

This is a safe harbour notice to the Public Administrator of Nassau County, Mr. Jeffrey De Luca, by Marianne Cassini..

I sincerely hope you read this letter and act accordingly to correct the aforementioned mistake and remove these unlawful leins.

My cell phone number is (917) 371 9707.

A call by you would be appreciated confirming removal of these incorrect, and unlawful leins, and thank you in advance for your anticipated cooperation.

I will call you as well, prior to further action.

Very truly yours,

Marianne Cassini

Exhibit Two

Whatever the appropriate determination of the foregoing, there is no possible rejoinder to Marianne's argument of the obvious - her 50% share of the estate far exceeds these sums. While not condoning what occurred, the court sees no useful purpose in directing Marianne to return funds she would end up being entitled to anyway. During the course of his administering this estate, the Public Administrator may rectify this inequality when distributing the assets between the beneficiaries.

The motion is denied.

This constitutes the decision and order of the court.

Dated: November 24, 2015

EDWARD W. McCARTY III
Judge of the
Surrogate's Court