Marianne Nestor

3/11/2026

24 CV 4063
347-514 3095

Hon. Judge Andrew Carter jr.
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 11 PM 4:28

Your Honor Judge Carter —

Attached is deed dated 3/11/2026 — certified —

The Togut Firm, removed much of my personal property, paintings art antiques, today without warning, planning to sell at Roland Auction House in green Cove! I called the NYPD, to file a complaint.

I am a 50% owner & not under the jurisdiction of the Bowling Green Court — or Judge Wiles.

This is for your information, can you please confirm my ownership in 15 East 63rd St NYC 10065.

Thank you — Marianne
Marianne Nestor —
15 E. 63rd St
NY, NY —

Print Request ID 2026031100000528 - 0001

# CERTIFIED COPY

**CITY OF NEW YORK**

**DEPARTMENT OF FINANCE**

**OFFICE OF THE CITY REGISTER, MANHATTAN / NEW YORK COUNTY**

The document attached hereto,

CRFN 2020000297552, CORRECT INDEX/DEED-OFFICE USE, recorded on 10-26-2020 12:07, page(s) 1 - 5

is a true and correct copy of the original document recorded in the Office of the City Register of New York on as attested by the City Register on 03-11-2026 15:27

*Colette McCain-Jacques*

Colette McCain-Jacques
City Register

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM  Page 1 of 5

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2020102300818001001ED6AD |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 5

**Document ID:** 2020102300818001  **Document Date:** 02-23-1984  **Preparation Date:** 10-23-2020
**Document Type:** CORRECT INDEX/DEED-OFFICE USE
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

**Property Type:** APARTMENT BUILDING

**CROSS REFERENCE DATA**

MANHATTAN  Year: 1984  Reel: 767  Page: 1840

**PARTIES**

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 0.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  10-26-2020 12:07
City Register File No.(CRFN): 2020000297552

*City Register Official Signature*

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM

Page 2 of 5



### NYC DEPARTMENT OF FINANCE
### OFFICE OF THE CITY REGISTER

2020102300818001001CD42D

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

**Document ID:** 2020102300818001  **Document Date:** 02-23-1984  **Preparation Date:** 10-23-2020
**Document Type:** CORRECT INDEX/DEED-OFFICE USE

**PARTIES**
**GRANTEE:**
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM                    Page 3 of 5


Department of Finance

To Whom It May Concern:

This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.

Questions regarding this memorandum should be addressed to the City Register.

NYC Department of Finance

Division of Land Records

Office of the City Register



CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM

REEL 767 PAGE 1840

THIS INDENTURE, made the 23rd day of FEBRUARY, nineteen hundred and eighty-four BETWEEN KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the intersection of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue AND part of the distance through a party wall 100 feet 5 inches to the center line of the block; BETWEEN 65TH AND 64TH STREET

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly AND AGAIN parallel with Madison Avenue part of the distance through ANOTHER party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

TAX MAP DESIGNATION
Dist.
Sec.
Blk. 1378
Lot(s): 12

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.
IN PRESENCE OF:

