24 CV 4063

RECEIVED
SDNY PRO SE OFFICE

2026 MAR 16  PM 12: 44

March 16, 2926

Honorable Andrew Carter Jr.

550 Pearl Street

New York New York

10007


Your Honor Judge Carter


Attached please find documentation re my property and my co-ownership of 15 East 63rd
Street,  New York New York

10065.


Thank you, respectfully submitted,


Marianne Nestor

Building Manager

co-owner

15 East 63rd Street

New York New York

10065

**United States Bankruptcy Court**
**Southern District Of New York**

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: Peggy Nestor

Case no.
23-10627
(mew)

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Albert Togut
Plaintiff

Adv. Pro. No.
24-01342
(Mew)

v

Peggy Nestor and
Marianne Nestor

Defendants

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Regarding Order dated March 5, 2026
sent to Marianne Nestor, Gemeaux Ltd.
Peggy Nestor by Your Honor Enjoining All From Contacts With Potential Purchasers

---

The event was addressed in a letter delivered to the Court Friday the 13 of March 2026, attached.
**Exhibit One**

No person was introduced as Mr. Xu, on 2/28/2026. An attractive female invited us to come into the apartment building thru the inner front door, after the intercom outside had been rung. She noted that we had previously met in the street and she stated "we are trying to buy your building" she spoke about the people in 17 East 63rd Street. It was brief, and friendly as neighbors. No one entered the apartment on the main floor of the building.
**Exhibit One.**

1

In the interest of time, and as all are aware, Your Honor's Orders regarding my property and personalty purchased October 20, 1983 are on appeal.  I do not wish to sell my residence, as previously advised. I am the owner of an undivided 50% of the real property- Block 1378 lot 12 - namely 15 East 63rd Street.

The incorrectly filed papers introduced by Anne Penachio Esq. ("Anne") are on appeal, and she is being sued for her actions, causing the loss of vast sums of money and property, without reason, including the proposed payout of fees of $7 million dollars to Albert Togut.

To quote Anne "I will make more money with a trustee".  Indeed, she has her name listed as a creditor, for $200k, and she claims to be a very close personal friend of Your Honor, including, in her words, dating Your Honor. This would appear to be a conflict.

Anne's papers re a voluntary bankruptcy are/were incorrect.  She initially gave an incorrect address for me as well as Peggy in a different state. Our property, 15 East 63rd Street, block 1378 lot 12 has been the primary residence of Peggy Nestor since 2/23/1984, when we jointly purchased the property.

December 1, 2025, in violation, Anne called Con Edison to change the building accounts to the name of Albert Togut, advising Con Edison that this was re the case number 23-10627 and ordered by Your Honor, with the address of Anne's law firm in White Plains, on Main Street. This would be clearly untrue.

Anne was disengaged by Peggy for her incorrect misfiling, failure to advise re meetings, failure to advise re a trustee and many more.  To quote Anne "I will make more money with a Trustee", referencing herself. Anne was disengaged by Peggy April 27, 2024, and by the Court of Judge Wiles, after a hearing May 12, 2025.

However, Anne was still active with Con Edison on December 1, 2025, attempting to change the name on accounts to Albert Togut re the building's accounts, using case no 23-10627 and the name of Judge Michael E. Wiles, to do so.

Anne has refused to return client files in spite of many requests, even a request made to Your Honor.

2

All has been advised to the Court, but nothing has been done re this by Your Honor's Court.

Your Honor has a potential purchaser, Marianne Nestor, who as per 363(h) a law introduced, as per Your Honor, by Anne, and stated by Albert Togut in an interview of March 2024, with Law 360 writer, Hillary Russ.  Both Anne and Mr. Togut were interviewed, for the article.

Anne wrote the letter contained in docket no. 2 of the initial filing with a dropped in signature of Peggy Nestor - Anne apparently used the same signature as the letter of intent with Lynx Asset.  This is being investigated by a handwriting expert.

As per the 363(h), which Your Honor advised was done by Anne in her papers, I have the right to buy Peggy's 50% of our jointly owned property.

I have offered to purchase my sister's 50% for the proposed purchase price of our property by Mr. Xu  or 100% of the proposed purchase price by Mr. Xu, which was advised to all March 5, 2026, at a meeting re Mr. Xu. What is the status of Mr. Xu - is he a US citizen, or a citizen of China.

Both Peggy & I are born in the USA citizens - like Bruce Springsteen -  and our property is subject to the Rent Stabilization laws of New York. Residents have been illegally locked out of the property for over 22months, without notice, and the lockout is subject to RPAPL treble damages.

Your Honor ordered that I could buy my property, and I wish do so. The proposed purchase price of Mr. Xu is $34.5 million dollars.

I stated to Your Honor and the Court that indeed the funding for either or both was available.

It was confirmed, that Mr. Togut stated he did not wish to speak with me, and Mr. Togut wrote a letter to the Court stating that he did not wish to speak with me. Accordingly, he does not need to speak with me.  To quote Anne "I Marianne Nestor reserve all my rights".

3

In the Courtroom, when Peggy saw a tall man sitting next to Martha Martir, she asked "Are you Mr. Togut"?   Peggy introduced herself to Mr Togut for the first time to shake his hand. Mr. Togut gave her the middle finger stretched with the other two folded, commonly known as 'the finger' - a gross gesture, in reply.

It is hard to believe that this person is a Trustee hired by Your Honor. As an "Officer of the Court" (Your Honor's statement re Neil Berger esq., 30-year partner of Albert Togut) this is deficient.

The confirmation meeting of my purchase of Peggy's 50% or 100% of the property. was to be on March 11, 2026.

On my way to the Court, to confirm my offer, on March 11, 2026, I passed by my property - 15 East 63rd Street and was shocked to see my personal property, art, furniture, antiques in garbage bags being moved into a large van - Blue Diamond Trucking for Roland US.  All stated in letter to the Court.
**Exhibit One**
Letter of March 11, 2026

At the meeting of March 5, I stated that I wished to purchase the 50% of the property owned by Peggy Nestor as per 363 (h), for half of the price offered by the Togut purchaser, or the full price, or 50% is already owned by us.

Personal property belonging to me was held for staging at the request of Martha Martir, and I advised Your Honor on March 5, 2026 that as I was buying either 50% or 100%, I intended to keep my property in my building. This is advised, as well in
**Exhibit One**

As all are aware I purchased $530k of personalty - in today's dollars approximately $20million - appraised October 20, 1983 by me, and seen by Your Honor June 5, 2025.

All personalty is removable, as per pictures, showing 15th Century paneling paid $85K in 1983, also showing apartment 2B wall and also as removed. lobby apartment 2b, being renovated.
**Exhibit 2**

4

On March 11, 2026 when I appeared regarding the purchase of my property, for the meeting initially made for 2:00 pm and later changed by Court Deputy Jacqueline de Pierola to 1:30 pm, there was no one in the Court room, nor was anything on the board outside the room advising of a meeting re my property.  I called to no answer a number of times to the number given by the clerk in room 614, and I filed documents in Room 614 & with the US Trustee, on floor 5.

I feel that Your Honor has a bias against me, most likely because of the influence of Anne Penachio, and feel that this case, incorrectly filed as a voluntary bankruptcy be dismissed, or moved to another court, and any purported creditors may sue there.  Peggy Nestor owes nothing to anyone, and is prepared, as she was April 23, 2023, to pay the only valid creditors - Emigrant Bank, Gemeaux Ltd. owes Lynx and Prime Plus.

The actions and activities of the Togut Firm have been incredibly negative, incorrect and wrong, including the actions of Neil Berger of Togut, including illegal lockout, breaching the Fourth Amendment, stealing documents and creating much damage during their tenure in our property- 2 deluges of water
August 2, 2025, & February 5, 2026.

The property has been greatly damaged during the Togut Tenure and occupation, and this must end. The Togut Firm needs to pay for damage they caused.

This is the USA & not Nazi Germany in the 1940's.

Respectfully Submitted,

Marianne Nestor
Business Manager
Co-Owner
15 East 63rd Street
New York New York
100065

5

# Exhibit One

Marianne Nestor
building manager
co-owner
15 East 63rd Street
New York New York
10065

x - - - - - - - - - - - - - - - - - - - -x

United States Bankruptcy Court
Southern District New York

x - - - - - - - - - - - - - - - - - - - - - - x

In re :
Peggy Nestor            Case no.
                        23 10627                                    ("mew")

x- - - - - - - - - - - - - - - - - - - - - x

EMERGENCY ORDER TO SHOW CAUSE          RE       SETTLEMENT

**1.** Please take notice that the Honorable Michael E. Wiles allowed Marianne Nestor to bid and purchase her property, block 1378 lot 12 aka 15 East 63rd Street ("the property " "the building")  co-owned with sister, Peggy Nestor, since 2/23/1984. Personalty was purchased October 20, 1983, mantels, paneling etc listed in the closing binder of 15 East 63rd Street, for $530k in today's dollars approximately $20.million .

**2 .** The event regarding my purchase of the property happened at the Court meeting of 3/05/2026. Proof of funds and ability to pay were being submitted at the March 11, 2026 meeting.

**3.** Your Honor also inquired if I had moved my property from 15 East 63rd Street, I replied that I was planning to move back into the property, as I was purchasing the property.  The amount of purchase was orchestrated by the Togut Firm, to be $34.5 million dollars for the property. There was no number previously given regarding the repurchase of the rent stabilized property. We had rent stabilized leases, as that was also a way to maintain apartments for the individuals in our family, for the maintenance of the property.

**4.** On March 11, 2026, in driving past
the property, prior to attending a Court meeting, to begin at 2:00 pm, the timing was subsequently changed by court attorney Jacqueline De Pierola to 1:30pm - in person.

**5.** It was noted that a large truck with a sign Blue Diamond was parked outside, the double front doors of the building, and the doors were wide open; the bronze railing and gate to the 15Bis  entry had been removed and there were a number of workers moving things around

**6.** The workers were directed by a young man who said he was new at the Togut Firm and was told not to give his name. He was directing the workers.

7. The workers seemed to be  the same team as last week, who stated in Spanish that they were delivering  to Roland NY in Glen Cove. Martha Martir was screaming on the phone - "we own the building, and there is a Court meeting at 1:30pm ".

8. As a favor to the Togut team, and at their request for staging, I had allowed certain items to remain in the property, on various floors . Nothing was abandoned.

9. An example of some of the items that were mine and purchased by me are attached .
**Exhibit One**

Pair of Vestier paintings $80k purchased in 1990, important chairs, cabinets etc. additionally a Jacob suite made for the Duc de Nord (son of Catherine the Great of Russia purchased in 1988 from Sotheby's ). These are in the photos taken by Sotheby's, along with other items. All my art,  was removed from the ivy walls, along with furniture. At the very least $25. - $30. Million dollars. All lighting fixtures including chandeliers were removed including sconces from the lower levels.
Exhibit One

10. Much damage was done to the property under the stewardship of the Togut Firm, two major deluges of water August 2, 2025, and February 5, 2026 .  The insurance company is not paying because the building is vacant.  The property was kept in an uncared dirty condition, that Your Honor saw on June 5, 2025.

11. The art appraisal was to be done of what needed to be restored, due to the two deluges of water that occurred August 2, 2025 & February 5, 2026.  As all are aware there was a blizzard and a number of weather problems that delayed the review.

12. Nothing was abandoned, and Martha Martir was certainly aware, as she had handpicked the items, for staging. The broken frame containing the painting of Count Arthur Cassini along with the painting were removed, as well.

13. The workers were putting items into the truck for removal to Roland NY in Glen Cove on School Street.  I had called Danielle of Roland the previous week ,she refused to give any information. Previously, I had purchased 2 pieces of art belonging to Peggy from Roland  - paid receipt attached. Danielle  certainly knew who I am .
**Exhibit Two**

14.  I called the NYPD 911 who said they would call upon their arrival, and did not have the timing.

15. I went to the Bowling Green Court to the intake room of 614, filing papers and having them date stamped.  The clerk said that there was nothing on for the day.

16. I checked the court room several times which was empty,and the information sheet hanging on the board outside the door, had  nothing listed re Peggy .

17. I went to the 5th floor & delivered documents to a person there, she said that Mr. Rudewicz had other cases that he is getting ready to handle.  I called several times to Jacqueline Pierola, and Lorraine Echiverra, and left messages.  No one seemed to be there.  I was there for the 1:30 pm meeting, but the court room was empty. No sign of life. I was prepared to attend and did so.

**18.** As both the former counsel of Peggy Nestor, namely Anne Penachio ("Anne"), who was  introduced by Title attorney, Robert DiSciullo, stated "only a filed deed is valid", otherwise it would be a fraudulent transfer.

**19.** The concept of sole ownership was that of Anne.  Peggy also testified that she owned 50% and I owned 50% a number of times in Your Honor's Court .

**20.** Additionally, the title report , along with the appraisal submitted to the Court and the filed and certified deed show my ownership, otherwise there would be  no reason for my name be on the Lynx or Prime Plus documents.
**Exhibit Four**
Certified Deed
Dated 3/11/2026

**21.** I was advised that the purchase was to pay Albert Togut $7million dollars in fees; real estate agent Brown Harris Stevens ("BHS")  $1.2 million,  who I have no obligation to pay; Lynx $22million  - this includes the loan to the  Togut Firm of $3.4 million, (this lein will be removed from the property); Emigrant (first Mortgage) $3.559,407.76 . There is nothing due to Ms. Baiamonte - please see letter to Jeffrey de Luca.  Nothing was listed for PrimePlus, which would be about $2.5 million.
**Exhibit Five**
Letter to Jeffrey DeLuca
re incorrect attachment

**22.** The claims listing will be redone, as there are a number of errors, and the bottom line, is that Peggy owes nothing to anyone. She was never insolvent.

**23.** The claims were overblown, and much time was wasted, and each claim will be gone over, and taken care of, separate and apart  from the Togut Firm . There is nothing due from me to anyone.

**24.** a.)  The claim by Michael Katz Esq. is incorrect no. 1.57 & 1.58 and judgement were satisfied by Robert DiSciullo Esq. if ever valid, and payment of over $400.k paid. Payment was not due . A case was brought, as well by Mr. Katz was vacated in NY Supreme and handled by Robert McKay Esq. it was dismissed.

b) Another case was brought by Mr. Katz In Nassau County, with Judge Rademaker, NY Supreme that was dismissed, and was handled by attorney Robert McKay.

c.) The basis of the claim created by the Farrell Fritz Firm was, that the balance of the Trust for $500k that I made for Daria Cassini, whose death was deemed a homicide by Dr Michael Baden, former chief medical examiner of NYC by Christina was returned to my company Oleg Cassini Inc. ("OCI" ) some $387k . by me, as advised by Counsel .

d.) A copy of check returning funds is in the Court records . This is an erroneous claim.  Apparently, this is where Anne Penachio Esq. got the incorrect Connecticut address, and incorrectly filed with the Bowling Green Court. Anne was introduced to Peggy Sunday April 23, 2023, by the title attorney, Robert DiSciullo. Apparently Ms. Penachio made many mistakes including an incorrect filing of voluntary bankruptcy.

I would like to make this Order to Show Cause -("OSC")  returnable Wednesday of next week, March 18, 2026, as the 17th is St Patrick's Day, the day I lost my husband of decades, March 17, 2006.

Wherefore as Your Honor is aware, I am an  interested party only, and co owner, since 1984, except for the 690 days incorrectly placed by Robert DiSciullo.

1. On the unsecured claims, there are none due, except for the aforementioned three or anything else may be handled separate and apart from Your Honor's Court.

2. Property removed from 15 East 63rd will be returned to my possession, with a listing of what was removed under the auspices of the Togut firm. Nothing is to be sold .

3. The property will be returned in good condition.

4. The Togut Firm will cease the denigrating, defamatory, and disparaging releases to the press.

5. This is a "drop hands" arrangement, over and out.

6. Peggy exits this incorrectly filed case.

7. Allow me to purchase my property at the agreed upon price of $34.5million .


Respectfully submitted,

Marianne Nestor
Building Manager
co-owner
15 East 63rd Street
New York New York
10065

Exhibit One
Sample invoices of Items owned

Case 1:24-cv-04063-ALC   Document 42   Filed 03/16/26   Page 13 of 70



# De Rempich, Inc.

November 6, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

Resale Certificate on file

## I N V O I C E

**A PAIR OF EMPIRE MAHOGANY FAUTEUILS**
Circa 1810

Each with rectangular back, with rectangular arms ending
in lion's heads, the upholstered seat on sabre legs
ending in paw feet, the seats upholstered in gold on
maize fabric.

NET PRICE    (Twenty Five Thousand Dollars)    $ 25,000.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

*sk*

OCT-13-2014 22:24  FROM:                                    TO:19086052121              P.2/6

**GEMEAUX, LTD.**
3 WEST 67TH STREET
NEW YORK, N.Y.   10019

REMITTANCE ADVICE

1-103
210

**3388**

PAY _Ten Thousand & ⁴⁰/ₓₓ_ —————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich | 11/20/90 | | 3388 | | | 10 000 ⁰⁰ |

GEMEAUX, LTD.

*Marianne W*

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.   10022   14

⑈003388⑈ ⑆021001033⑈ 014⑈41964973⑈

---

**GEMEAUX, LTD.**
3 WEST 67TH STREET
NEW YORK, N.Y.   10019

REMITTANCE ADVICE

1-103
210

**3389**

PAY _Five Thousand & ⁴⁰/ₓₓ_ —————————————— DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| De Rempich Gallery | 12/15/90 | | 3389 | | | 5 000 ⁰⁰ |

GEMEAUX, LTD.

*Marianne W*

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.   10022   14

⑈003389⑈ ⑆021001033⑈ 014⑈41964973⑈

OCT-13-2014 22:24  FROM:                                    TO:19086052121                P.3/6

**GEMEAUX, LTD.**
3 WEST 57TH STREET
NEW YORK, N.Y.   10019

210

3390

PAY  Ten Thousand 8 40/xx                                                    DOLLARS

| | TO THE ORDER OF | DATE | | | CHECK NO. | ACCT. NO. SUB GEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| | De Rempich | 1/20/91 | | | 3390 | | 10,000 00 |

GEMEAUX, LTD.

Marianne Lel

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.  10022    14

⑈003390⑈  ⑆021001033⑆  014⑈419649731⑈

 [redacted]

MANUFACTURERS HANOVER TRUST COMPANY
JUL 14 '83
TELLER
SAV. DEPT.
B

MANUFACTURERS HANOVER TRUST COMPANY
JUL 14 '83
TELLER
SAV. DEPT.
B

SKW000159
SKW000109

De Rempich Fine Arts

Ms Marianne Nestor
c/o Gemeaux Ltd
3 West 57th Street
New York, NY 10019

## INSURANCE EVALUATION

Three works of art fully described as follows:

**EMPIRE Mahogany Bureau**

(French, first quarter 19th century)
Mahogany, ormolu, leather
height: 30 1/2  (77 cm)
width: 51 1/4  (130 cm)
depth: 25 1/2 inches (65 cm)

**Value:**    $40,000.00


**FLAMENG, François**    A Fair-Haired Young Lady (Alfred Stevens'
(French, 1856-1923)    Daughter
Oil on canvas
32 x 25 1/2 inches (81.3 x 64.8 cm)
Signed lower left: "Francois Flameng 1907"

**Value:**    $50,000.00


**VESTIER, Antoine**    A Gentleman and a Lady--a Portrait Pair
(French, 1740-1824)    Pastel on paper mounted on board
Gentleman: 23 3/4 x 19 1/4 inches (60.3 x 48.9 cm)
Lady: 24 x 20 inches (61 x 50.8 cm)
Framed dimensions: 29 1/2 x 25 inches
Portrait of Lady signed:
"Vestier/1789"

**Value:**    $80,000.00

 De Rempich Fine Arts

## INSURANCE APPRAISAL

Marianne Nestor                                     8 December 1994
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019


We have examined the pieces fully described below:


**JEAN BAPTISTE EDOUARD**     **An Officer with his Steed**
**DETAILLE**                 Oil on paper mounted on panel
(French, 1848-1912)          4 x 3 inches (10.2 x 7.6 cm)
                             Signed lower right: "Detaille"


We estimate the value to be $4,800.00.


**OTTO VAN FABER DU FAUR**    **Napoleon Receiving the Salute**
(German, 1828-1901)          Gouache on paper
                             S.S. 4 x 13 3/8 inches (10.2 x 34 cm)
                             Signed lower right: "O v. Faber du Faur"


We estimate the value to be $8,500.00


**BERNARD BELLUC**            **Cuirassier 6e reg., 1812**
(French, 1943- )             **Chouard, General de Brigade, 1811**
                             **Artillerie a Cheval de la Garde, 1804-15**
                             **5e reg't de Hussards Officier 1805**
                             Ceramic
                             Each app. 12" (30 cm)


We estimate the value of the ceramics to be $1,400 each ($5,600 total).


Nicholas A. Ohotin
Manager


851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich Fine Arts

## INSURANCE APPRAISAL

Marianne Nestor                                     24 January 1995
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019

We have examined the work of art fully described as follows:

**RAFFET, Auguste**        **Cuirassiers in Battle**
(French, 1804-1860)        Pencil on paper
                           6 x 9 inches
                           (15.2 x 22.9 cm)
                           Bears V. Deseglise collection stamp.

**Provenance:**  Collection V. Deseglise (1839-1916), No. 165, Lugt
                 356.  Deseglise was a friend of Goncourt and a
                 collector of prints and drawings.

We estimate the value be $5,500.00.

Nicholas A. Ohotin
Manager

851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich Fine Arts

## INSURANCE APPRAISAL

Marianne Nestor                                         24 January 1995
c/o Gemeaux, Ltd.
3 West 57th Street
New York, NY 10019

We have examined the work of art fully described as follows:

**BOILLY, Louis-Leopold**    **Portrait of a Young Man with a Cravat**
(French, 1761-1845)          Oil on canvas
                             8 1/2 x 6 5/8 inches
                             (21.5 x 16.8 cm)

We estimate the value be $22,000.00.

Nicholas A. Ohotin
Manager

851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich, Inc.

May 12, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

Resale certificate on file.

I N V O I C E

EMPIRE ORMULU-MOUNTED MAHOGANY BONHEUR-DU-JOUR
Early 19th Century
Stamped J.P.S. BARIQUAND five times.

Height: 48 inches.
Width:  16 1/4 inches.
Depth:  31 inches.

NET PRICE      (Thirty Four Thousand Five Hundred Dollars)      $ 34,500.00

Payment terms:

— Upon receipt of this invoice:    $ 8,000.00   # 10188 — 8,000
— 2nd payment, June 30, 1990    :  $ 8,000.00   # 10189 — 8,000
— 3rd payment, June 15, 1990    :  $ 8,000.00   10190 — 8,000
— 4th payment, July 30, 1990    :  $10,500.00   10191 — 10,500

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

210
10188

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y.   10019

Eight Thousand & 00/xx — DOLLARS

| | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| TO THE ORDER OF | DATE | | | | |
| De Kempich Gallery | 6/1/90 | 10188 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Kel

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.   10022     14

⑈010188⑈ ⑆021001033⑆: 014⑈419649730⑈

REMITTANCE ADVICE

1-103
210
10189

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y.   10019

Eight Thousand & 00/xx — DOLLARS

| | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| TO THE ORDER OF | DATE | | | | |
| De Kempich Gallery | 6/30/90 | 10189 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Kel

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.   10022     14

⑈010189⑈ ⑆021001033⑆: 014⑈419649730⑈

REMITTANCE ADVICE

1-103
210
10190

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y.   10019

Eight Thousand & 00/xx — DOLLARS

| | | CHECK NO. | ACCT.NO. SUB | GEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| TO THE ORDER OF | DATE | | | | |
| De Kempich | 7/15/90 | 10190 | | | 8 000 00/xx |

GEMEAUX, LTD.

Marianne Kel

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y.   10022     14

⑈010190⑈ ⑆021001033⑆: 014⑈419649730⑈

10191

GEMEAUX, LTD.
3 WEST 57TH STREET
NEW YORK, N.Y.   10019

AY. Ten Thousand Five Hundred & xx/xx — DOLLARS

| TO THE ORDER OF | DATE | | CHECK NO. | ACCT.NO. | | CHECK AMOUNT |
| | | | | SUB | GEN | |
| De Lempicka Gallery | 7/30/90 | | 10191 | | | 10 500 00/xx |

GEMEAUX, LTD.

Marianne

BANKERS TRUST COMPANY
455 PARK AVENUE   NEW YORK, N.Y   10022   14

⑈010191⑈ ⑆021001033⑆ 014⑈4196497 3⑈

 **De Rempich, Inc.**

May 12, 1990

Ms. Mariannne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

<u>Resale certificate on file</u>.

<u>I N V O I C E</u>

BOILLY, Louis Leopold
French, 1761 - 1845

PORTRAIT OF A LADY
Oil on canvas.
8 1/8 x 6 1/4 inches.
Period frame.

<u>NET PRICE</u>          (Twenty Nine Thousand Dollars)          $ 29,000.00

Payment terms:

- Upon receipt of this invoice:    $  9,000.00
- 2nd payment, June 1, 1990    :    $ 10,000.00
- 3rd payment, June 30, 1990   :    $ 10,000.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich, Inc.

November 6, 1990

Ms. Marianne Nestor
c/o GEMEAUX
3 West 57th Street
New York, New York 10019

Resale Certificate on file

I N V O I C E

A PAIR OF EMPIRE MAHOGANY FAUTEUILS
Circa 1810

Each with rectangular back, with rectangular arms ending
in lion's heads, the upholstered seat on sabre legs
ending in paw feet. the seats upholstered in gold on
maize fabric.

NET PRICE     (Twenty Five Thousand Dollars)     $ 25,000.00

16 East 79th Street, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

 De Rempich Fine Arts

October 19, 1992

I N V O I C E

GEMEAUX, LTD.
3 West 57th Street
New York, New York   10019

(1) Empire (circa 1810) Console, rectangular, in mahogany and
mahogany veneers, the ormolu mounted freize containing one
long drawer, reposing on consoles ending with gilded bronze
paws, the whole ormolu mounted with palms and acanthus leaves.
The top in white veined marble; the back, between the
mahogany plinth and the frieze, is in original plated mirror.

Height:  38 1/2 inches
Length:  47 inches
Depth :  19 3/4 inches

                              Net Price:      $15,000.00

Resale Certificate on file.

851 Madison Avenue, New York, N.Y. 10021    (212) 772-6855    FAX (212) 861-8015

# Stair Galleries

549 Warren Street
Hudson, NY 12534 USA
Telephone - 518-751-1000 Facsimile - 518-751-1010
www.stairgalleries.com

## INVOICE

To:  Marianne Nestor
Gemeaux Ltd
15 East 63rd Street
New York NY 10065

212-935-4564 work x7

Resale No: NY 13-2769177

Invoice No.:   ST00019665
Invoice Date:  04/22/2017
Sale/Bidder:   042217 / 536
Client No.:    3650
Sale Details:
English, Continental & American
Sale Date: 04/22/2017 11:00 AM
English, Continental & American
Sale Date: 04/23/2017 11:00 AM

| Lot No. | Description | Price |
|---|---|---|
| 598 | LOUIS XV PROVINCIAL GILTWOOD MIRROR<br>55 1/2 x 26 in. Ambassador and Mrs. Joseph Verner Reed | $2,700.00 |
| 640 | PAIR OF ITALIAN PAINTED AND PARCEL-GILT CONSOLE TABLES<br>36 x 58 x 29 in., tops 59 x 29 in. Property of a Westchester, NY Collector | $6,000.00 |
| 671 | GEORGE III STYLE ETCHED BRASS AND STEEL FIRE GRATE, IN THE ADAM TASTE<br>31 x 32 1/2 x 14 1/2 in. From a Manhattan Collector | $800.00 |
| 760 | REGENCY STYLE CUT-GLASS TEN-LIGHT CHANDELIER<br>31 1/2 x 21 1/2 in. diam. | $800.00 |

Ship To:

Total Hammer Price:   $22,100.00
Total Premium:        4,862.00
Sales Tax:            0.00
Invoice Total:        $26,962.00

Terms:
C.O.D.
Tax ID: NY 13-2769177

**\*INVOICE TOTAL IF PAYMENT MADE BY CASH, CHECK OR WIRE:**   $26,520.00

Printed: 04/23/2017 07:12 PM

Exhibit Two
A. Pictures prior to Roland









B.  Pictures 3/11/2026
Roland































































Exhibit Three
Paid Receipt Roland



**Roland NY**
150 School Street, Glen Cove, NY 11542
212-260-2000/516-759-9400
www.RolandAuctions.com

### Auction Sale - 1316 - November 15, 2025 Estate Sale

PAID IN FULL

| Invoice #: | 51615 |
| --- | --- |
| Date: | 1/5/2026 3:11:00 PM |
| Page: | 2 |

| | |
| --- | --- |
| Total Quantity: | 2.00 |
| Total Extended Price: | 13,500.00 |
| 27% Buyer's Premium: | 3,645.00 |
| Tax1 Default: | 1,478.76 |
| Invoice Total: | $18,623.76 |

Cash  DR - Cash-11/25/25  -  11/25/2025  -  12,350.00

Cash  dr (danielle)  -  1/5/2026  -  6,273.76

| Remaining Invoice Balance: | $0.00 |
| --- | --- |

Pick-up is between the hours of 9:30am - 3:30pm, Monday-Friday.  All items not picked up or where other shipping arrangements have not been conveyed and acknowledged by our gallery, within 5 business days of the sale date, will be moved to The UPS Store (all fees will be assessed by and paid to The UPS Store) or our off-site storage facility ($10 per day per lot for large items; $6 per day per lot for smaller items), at the buyer's expense. Roland Auctions will not be responsible or liable for any items left in the gallery after this allotted time. Any items left in storage after 90 days will be considered abandoned and ownership will revert to Roland NY.  No refunds will be given.

Your signature indicates that the inventory was picked up in satisfactory condition:

Thank you for bidding with Roland NY

Exhibit Four
Jeffrey DeLuca - Nassau PA
Letter

Whatever the appropriate determination of the foregoing, there is no possible rejoinder to Marianne's argument of the obvious - her 50% share of the estate far exceeds these sums. While not condoning what occurred, the court sees no useful purpose in directing Marianne to return funds she would end up being entitled to anyway. During the course of his administering this estate, the Public Administrator may rectify this inequality when distributing the assets between the beneficiaries.

The motion is denied.

This constitutes the decision and order of the court.

Dated: November 24, 2015

EDWARD W. McCARTY III
Judge of the
Surrogate's Court

Your Honor Judge Wiles:


Regarding the attachment and transcript of judgement placed on my building - 15 East 63rd Street by the attorney for the Public Administrator, namely Kenneth Mahon, for Jeffrey De Luca November 5, 2015. Exhibit One page 2, paragraph 7 clearly states that it is invalid, having been vacated by the November 24, 2015 order of Judge McCarty, Order 31172 11:25/15 File no. 343100/O exhibit two, over ruling a prior order dated November 5, 2015.


The 11/05/2015 order was overruled by the November 24, 2015 Order of Judge McCarty . Exhibit Two


On November 27, 2015, Mr. Mahon filed a transcript of judgement of $1,046,214.59 twice for a total of $2,092,528.28, in contempt of the November 24, 2015 order of Judge McCarty.


I thank the court for taking notice of the incorrect filing of the Mahon Firm.


Jeffrey DeLuca retired after an audit, in 2018.


Respectfully submitted,

Marianne Nestor

Business Manager

Co- owner

15 East 63rd Street

New York New York

10065


Cc: Daniel Rudewicz
USTrustee

Your Honor Judge Wiles:


Regarding the attachment and transcript of judgement placed on my building - 15 East 63rd Street by the attorney for the Public Administrator, namely Kenneth Mahon, for Jeffrey De Luca November 5, 2015. Exhibit One page 2, paragraph 7 clearly states that it is invalid, having been vacated by the November 24, 2015 order of Judge McCarty, Order 31172 11:25/15 File no. 343100/O exhibit two, over ruling a prior order dated November 5, 2015.


The  11/05/2015 order was overruled by the November 24, 2015 Order of Judge McCarty . Exhibit Two


On November 27, 2015, Mr. Mahon filed a transcript of judgement of $1,046,214.59 twice for a total of $2,092,528.28, in contempt of the November 24, 2015 order of Judge McCarty.


I thank the court for taking notice of the incorrect filing of the Mahon Firm.


Jeffrey DeLuca retired after an audit, in 2018.


Respectfully submitted,

Marianne Nestor

Business Manager

Co- owner

15 East 63rd Street

New York New York

10065


Cc: Daniel Rudewicz
USTrustee

Exhibit One

# MARIANNE CASSINI

Jeffrey De Luca
Public Administrator Nassau County
240 Old Country Road Room 603
Mineola, New York 11571
Phone 516 571 5911
Reference: Oleg Cassini/Marianne Cassini

Via Federal Express & First Class Mail                                    April 11, 2016

Dear Mr. Public Administrator, Jeffrey De Luca:

My name is Marianne Cassini, and I am the wife of Oleg Cassini for more than 30 years.
My Husband, Oleg and I have paid millions of dollars in taxes to Nassau County since 1978.

I called your office several times to speak with you, leaving my cell phone number.

Apparently, you did not think it important or relevant to take or return my call. No one from
your office returned my call, as well, which would have been basic courtesy.

The person answering the phone at your office number, advised to call the lawyer and the law
firm representing the Public Administrator of Nassau County, namely a Mr. Richard Kerins of
Mahon Mahon Kerins & O'Brien.

The aforementioned law firm is the cause of this letter and aforementioned telephone calls.
The subjects are discrimination, extortion, suborning bribery and incorrect filing of legal
papers.

To start at the top -

(a) Discrimination - Mr. Kerins referred to me and my sister - Oleg's wife and sister in law as
     "two broads" - a number of times, in the hallways of the Courthouse (Surrogate), and said he
     was going to "sell my homes and property".

     I am not a "broad" in the vernacular of your attorney, Mr. Kerins, nor is my sister.

     This denigration of females, and threatening behavior should not be tolerated in Nassau
or any County in the USA. This was documented in correspondence with former Surrogate
McCarty which is in the Court Records. A meeting was held by the Surrogate 11/25/14 reference
the matter and the Surrogate remonstrated against this behavior. Mr. Kerins stated that he knew
the former Surrogate, (J. McCarty), and was a friend of his for 35 years.

313 McCouns Lane  Oyster Bay Cove NY 11771

Page 2

(b) Mr. Kenneth Mahon, of the same firm, picked up the ball from Mr. Kerins, as the representative of the Public Administrator of Nassau County, and made two (2) attempts at extortion, of which I have personal knowledge , as follows.

(i) The first was in the Library of the Courthouse (Surrogate) at a meeting arranged by Eugene Shifrin, a court attorney, who became involved end of 2013, and apparently orchestrated having a public administrator, which is peculiar and not customary with a living wife of decades, and many wills, all saying the same thing. Mr. Shifrin posts on the internet that he drafted the decisions. See Google - Eugene Shifrin. The meeting was set up and commenced by Mr. Shifrin who left, prior to Mr. Mahon's extortion speech. Kenneth Mahon, your attorney, was demanding $1, million plus dollars to "carve his firm out of the case". This is a prima facie example of extortion and suborning bribery. No bribe or monies were paid by me.
There were several witnesses to Mr. Mahon's attempt at extortion in the Library that day.

(ii) On July 15, 2015, in the hallway of the Courthouse, Mr. Mahon demanded $100K (as your representative) for a 3 week postponement regarding a routine motion. That request, which was later reduced that same day to $25K was made to my attorney J. Vincent Reppert. My sister, Peggy Nestor was there as well and heard Mr. Mahon. Everything is recorded and documented. The reduction of the sum demanded, was, as per Mr. Mahon, after he spoke with his client, the Public Administrator. Accordingly, Mr. Mahon was suborning bribery. No bribe was made by me.

When I last saw Mr. Mahon in the hallway of the Courthouse - March 3, 2016 - (Wednesday roll call), he confirmed that he had spoken with you, his client, regarding his demands of July 15, 2015.

Recently, I have learned that Mr. Mahon had improperly placed a lein on a property that is owned jointly by me and my sister, Peggy Nestor since 1984, the "alleged two broads", as referred to by your lawyer, Richard Kerins - Exhibit A.

The same lein for $1,046,214.59 was placed two (2) times by your attorney's, Mahon Mahon Kerins & O'Brien. This placement of a lein is palpably improper and wrong. There is no judgment against Marianne Cassini, Marianne Nestor Cassini, or Marianne Nestor.

Despite a clear directive from the Court - and order of former Surrogate Edward W. McCarty III dated November 24, 2015, Order #31172 11/24/15 File no: 343100/O, over ruling a prior order dated November 5, 2015, the Public Administrator, by his attorney, Kenneth Mahon, took a 11/05/15 order, which was overruled by the 11/24/15 order and filed on November 27, 2015, a Transcript of Judgment for $1,046,214.59, and filed it twice, total, $2,092,428.18.

313 McCouns Lane    Oyster Bay Cove, NY 11771

Page 3

The Transcript of Judgment was recorded (twice) as a lein against a property belonging to me and my sister. A copy of the Judgment lein search confirming the filing of the Transcript of Judgment is attached as Exhibit A.

What is indeed curious is the fact that Mr. Mahon, attorney for the Public Administrator, failed to take notice or ignored the decision of the Court, (J. Edward W. McCarty III) of November 24, 2015, and went ahead with filing a transcript of Judgment, 3 days after the Court's decision of November 24, 2014, (Decision 31172 - File no: 343100/O) recording a lein of $1,046,214.59 twice (two times) or: $2,092,408.18 on property owned by Peggy Nestor and me, on November 27, 2015.

Accordingly, since the Transcript of Judgment was obtained from an order (dated November 5, 2015) that was later overruled and revised by a subsequent Court order (dated November 24, 2015), the Judgments and leins filed by Kenneth P. Mahon, attorney for the Public Administrator, must be vacated entirely, and immediately. There is no authority for these leins.

Mr. Mahon's actions are wrong and I believe illegal. Either it is a mistake, or it is malicious, and sloppy from a greedy extortionist. It is certainly incorrect and was done in a sneaky and devious manner, as I found out about Mr. Mahon's actions by accident. He did not advise me or counsel. There was no notification and in fact these leins on my sister and my property were discovered and uncovered by accident.

It is shocking that your office should even be involved with a fraudulent time barred claim, (California Law on which the Christina Tierney Granata Belmont (aka Christina Cassini) claim is based).

The Statute of Limitations under California Law is one year or 10 years. The claim of an "alleged daughter", if ever valid, expired decades ago, or 1963. If not blood, it is what is in the Will which has been satisfied.

It does beg the question, why a Public Administrator should be involved, when there is a living Wife of decades and wills stating Oleg's wishes, signed by him, all the same more or less, which have been and are in the Court records. Something is very strange here and illogical.

I thought to write or speak with you prior to filing a motion, or any notoriety, on these subjects as it would be common courtesy, to you and respectful to your office.

This whole situation reads like an article in Newsday re: discrimination, extortion, and greed in Nassau County, based on a fraudulent time barred claim, which is being pushed by contingency attorneys, also using your clout and office as Public Administrator, to further their goals. Contingency in property matters, or marital is illegal, and not permitted.

313 McCouns Lane | Oyster Bay Cove, NY 11771

Page 4

Mr. Public Administrator, it is imperative that these two incorrect leins for $2,092,428.18, be removed immediately.   I would like an apology, as well, rendered to me for the shakedown, and incorrect leins filed, either by incompetency or malicious actions of the Public Administrator's hired guns, (lawyers) which would be appropriate.  My sister, co-owner of the property in question, (which we have owned since 1984), is extremely upset by the unlawful actions of your lawyers, re: her property, as well as the damage to her reputation.

This is a safe harbour notice to the Public Administrator of Nassau County, Mr. Jeffrey De Luca, by Marianne Cassini..

I sincerely hope you read this letter and act accordingly to correct the aforementioned mistake and remove these unlawful leins.

My cell phone number is (917) 371 9707.

A call by you would be appreciated confirming removal of these incorrect, and unlawful leins, and thank you in advance for your anticipated cooperation.

I will call you as well, prior to further action.

Very truly yours,

Marianne Cassini

Oyster Bay Cove, NY 11771

Exhibit Five
Certified Deed
Dated 3/11/2026

Print Request ID 2026021800000588 - 0001

# CERTIFIED COPY

**CITY OF NEW YORK**

**DEPARTMENT OF FINANCE**

**OFFICE OF THE CITY REGISTER, MANHATTAN / NEW YORK COUNTY**

The document attached hereto,

CRFN 2020000297552, CORRECT INDEX/DEED-OFFICE USE, recorded on 10-26-2020 12:07, page(s) 1 - 5

is a true and correct copy of the original document recorded in the Office of the City Register of New York on as attested by the City Register on 02-18-2026 15:04

*Colette McCain-Jacques*

Colette McCain-Jacques
City Register

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2020102300818001001ED6AD

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| Document ID: 2020102300818001 | Document Date: 02-23-1984 | Preparation Date: 10-23-2020 |
|---|---|---|

Document Type: CORRECT INDEX/DEED-OFFICE USE
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 | NEW YORK CITY DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1378 | 12 | Entire Lot | 15 EAST 63RD STREET |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA

MANHATTAN    Year: 1984    Reel: 767    Page: 1840

### PARTIES

| GRANTOR: | GRANTEE: |
|---|---|
| KATHERINE BROWNE<br>8643 HOLLOWAY PLAZA<br>LOS ANGELES, CA 90069 | MARIANNE NESTOR<br>257 PARK AVENUE SOUTH<br>NEW YORK, NY 10010 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        10-26-2020 12:07
City Register File No.(CRFN):
                        2020000297552

*annette M Hill*

*City Register Official Signature*



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2020102300818001001CD42D

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

**Document ID: 2020102300818001**    Document Date: 02-23-1984    Preparation Date: 10-23-2020
Document Type: CORRECT INDEX/DEED-OFFICE USE

**PARTIES**

**GRANTEE:**
PEGGY NESTOR
257 PARK AVENUE SOUTH
NEW YORK, NY 10010



**Department of Finance**

To Whom It May Concern:

This document is placed in the index to reflect the name(s) of the owner(s) pursuant to a court order filed with this parcel.

Questions regarding this memorandum should be addressed to the City Register.

NYC Department of Finance

Division of Land Records

Office of the City Register

Standard N Y D T.I'. Form 8002-11 60 70M - Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation (single sheet

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

ᴵᴸᴸ 767 ᴘᴬᴳᴱ 1840

THIS INDENTURE, made the 23ᴿᴰ day of FEBRUARY, nineteen hundred and eighty-four BETWEEN KATHERINE BROWNE, residing at 8643 Holloway Plaza, Los Angeles, California 90069

party of the first part, and MARIANNE NESTOR and PEGGY NESTOR, having an address at 257 Park Avenue South, New York, New York 10010,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Northerly side of 63rd Street distant 124 feet 6 inches Westerly from the corner formed by the inter-section of the Northerly side of 63rd Street and the Westerly side of Madison Avenue;

RUNNING THENCE Northerly parallel with THE WESTERLY SIDE OF Madison Avenue AND part of the distance through a party wall 100 feet 5 inches to the center line of the block; BETWEEN 63rd AND 64th STREET

THENCE Westerly parallel with the Northerly side of 63rd Street 25 feet;

THENCE Southerly AND AGAIN parallel with Madison Avenue part of the distance through ANOTHER party wall 100 feet 5 inches to the Northerly side of 63rd Street;

THENCE Easterly along the Northerly side of 63rd Street 25 feet to the point or place of BEGINNING.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consid-eration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*[signature]* Jeffry A. Till

*[signature]* Katherine Browne

TAX MAP DESIGNATION

Dist.

Sec.

Bl. 1378

Lot(s): 12

SST cv
$5080

☆ SO IN ORIGINAL

CRFN 2020000297552 CORRECT INDEX/DEED-OFFICE USE Recorded 10/26/2020 12:07:19 PM



STATE OF NEW YORK, COUNTY OF N.Y.

On the 23 day of FEBRUARY 1984 , before me personally came
KATHERINE BROWNE        NO IN ORIGINAL

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that she   executed the same.

JOSEPH NURNBERG
Notary Public State of New York
No. 03 ...
Commission Expires March 30 1985

STATE OF NEW YORK, COUNTY OF

On the        day of            19   , before me personally came
to me known, who, being by me duly sworn, did depose and say that   he resides at No.      ;

that   he is the
of                        , the corporation described
in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

STATE OF NEW YORK, COUNTY OF

On the        day of            19   , before me personally came
BEEL  767 PAGE 1841

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that   executed the same.

STATE OF NEW YORK, COUNTY OF

On the        day of            19   , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that   he resides at No.      ;

that   he knows
                       to be the individual
described in and who executed the foregoing instrument; that   he, said subscribing witness, was present and saw            execute the same; and that   he, said witness, at the same time subscribed h   name as witness thereto.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No.   M 21033

KATHERINE BROWNE    .

TO

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**TITLE GUARANTEE-NEW YORK**
A TICOR COMPANY

SECTION
BLOCK   1378
LOT   12
COUNTY OR TOWN   NEW YORK
TAX BILLING ADDRESS  15 EAST 63 RD STREET

Recorded At Request of The Title Guarantee Company
RETURN BY MAIL TO

BOOTH, LIPTON & LIPTON
405 Park Avenue
New York, New York
ATT WILL SANSLER ESQ.   Zip No. 10022

RECORDED BY
LTIC ASSOC., INC.
41 East 42 Street
NEW YORK, N.Y. 10017
599-2170

OFFICE OF CITY REGISTER
New York County
RECORDED
Under my hand
and official seal

CITY REGISTER

REAL ESTATE   FEB 22 1984   TRANSFER TAX NEW YORK COUNTY

# Exhibit Two




