**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARIANNE NESTOR,

                                Appellant,

       -against-

ALBERT TOGUT,

                                Appellee..
------------------------------------------------------------------X

24 **CIVIL** 04063 (ALC)

## <u>JUDGMENT</u>

       It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the

Court's Opinion and Order dated March 31, 2026, the Appeal is denied; and the Bankruptcy

Order is Affirmed.

**Dated:** New York, New York

       March 31, 2026

                                     **TAMMI M. HELLWIG**

                                 _____

                                      **Clerk of Court**

**BY:**

                                     _____

                                      **Deputy Clerk**